UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PROSPER OPERATORS, INC. AS OPERATORS OF THE MOTOR VESSEL AMBER, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * CIVIL ACTION NO. 2:16-CV-01363<br>* (Admiralty)<br>*<br>* JUDGE ROBERT R. SUMMERHAYS<br>*<br>* MAGISTRATE JUDGE KATHLEEN KAY |

## MOTION FOR SUMMARY JUDGMENT ON ISSUE OF JONES ACT SEAMANS STATUS FILED BY PROSPER OPERATORS, INC.

**NOW INTO COURT**, through undersigned counsel, comes Prosper Operators, Inc. ("Prosper") who moves this Honorable Court for Summary Judgment as there are no genuine issues of material fact that Mitchell Navarre ("Claimant") does not qualify as a Jones Act seaman as he had no connection to a vessel that was substantial in nature as required under *Chandris v. Latsis* and related jurisprudence.[1] Thus, the Jones Act claim of Mitchell Navarre ("Claimant") must be dismissed, with prejudice.

        Respectfully submitted,

        BROWN SIMS, P.C.

        BY: */s/ Kelly F. Walsh*
            L. LANE ROY (#11513)
            Brown Sims, P.C.
            600 Jefferson Street, Suite 800
            Lafayette, Louisiana 70501
            E-Mail: lroy@brownsims.com
            Telephone:  (337)484-1240
            Facsimile:   (337)484-1241

---

[1] 515 U.S. 347, 368 (1995).

KELLY F. WALSH (#31352)<br>
MARK T. TUFTS (#36710)<br>
Brown Sims, P.C.<br>
1100 Poydras Street, 39th Floor<br>
New Orleans, Louisiana 70163<br>
E-Mail: kwalsh@brownsims.com<br>
mtufts@brownsims.com<br>
Telephone:   (504)569-1007<br>
Facsimile:    (504)569-9255<br>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of June 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of Court's electronic filing system.

/s/ *Kelly F. Walsh*
Kelly F. Walsh