# *Condensed Transcript*

## Sheet 1   Page 1

38TH JUDICIAL DISTRICT COURT

PARISH OF CAMERON

STATE OF LOUISIANA

MITCHELL NAVARRE

VERSUS                    DOCKET NO.: 10-19624

PROSPER OPERATORS, INC.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

The deposition of MITCHELL NAVARRE was taken
in the above entitled cause, pursuant to the
following stipulations, before Lesley Baudoin,
Certified Court Reporter, at Cox, Cox, Filo, Camel &
Wilson, 723 Broad Street, Lake Charles, Louisiana, on
the 6th day of July, 2016, beginning at 1:40 p.m.

* * *

## Page 2

### APPEARANCES

FOR THE PLAINTIFF, MITCHELL NAVARRE:

KEVIN L. CAMEL
COX, COX, FILO, CAMEL & WILSON, LLC
723 BROAD STREET
LAKE CHARLES, LOUISIANA 70601
email:  kevin.camel@coxcoxfilo.com

FOR THE DEFENDANT, PROSPER OPERATORS, INC.:

L. LANE ROY
BROWN & SIMS, P.C.
600 JEFFERSON STREET, SUITE 800
LAFAYETTE, LOUISIANA 70501
lroy@brownsims.com

## Page 3

```
                        INDEX
1
2  EXAMINATIONS:
3  MR. ROY ..................................... 5
4  OBJECTIONS:
5  NONE.
6  EXHIBITS:
7  NONE.
```

## Page 4

```
                     STIPULATIONS
1
2       It is hereby stipulated and agreed by and between
3  counsel for the respective parties that the deposition of
4  MITCHELL NAVARRE be taken pursuant to notice for trial
5  purposes as authorized by the Federal Rules of Civil
6  Procedure.
7       The parties hereto waive all formalities in
8  connection with the taking of said deposition, except the
9  swearing of the witness and the reduction of the questions
10 and answers to typewriting.  The reading and signing by the
11 witness is hereby reserved.
12      Counsel for all parties reserve all objections,
13 except as to the form of the question and the
14 responsiveness of the answer, at the time of taking said
15 deposition; but they also reserve their rights to make
16 objections at the time said deposition or any part thereof
17 may be offered in evidence, with the same rights as if the
18 testimony had been given and taken in Open Court.
19                         * * *
```

EXHIBIT

C

# Condensed Transcript

```
1              MITCHELL NAVARRE,
2    called as a witness, after having been first duly
3    sworn, was examined and testified as follows:
4  EXAMINATION BY MR. ROY:
5  Q    Mr. Navarre, my name is Lane Roy. I'm an attorney
6       from Lafayette, and we're going to be taking your
7       deposition here today to ask you questions about the
8       lawsuit that you filed over in Cameron Parish and
9       then about your work -- your past work. I'm going to
10      ask you some things about your education, background,
11      and that sort of thing, also. If there's anything
12      that I ask you that you don't understand, let me know
13      that.
14 A    Yes, sir.
15 Q    If you don't know something, or you just don't have
16      any knowledge of it, you can tell me that. The fact
17      that you don't know is okay. If it's something you
18      don't remember, just tell me that. What we're trying
19      to do here is get information from you, and the court
20      reporter is going to be taking down everything that I
21      ask and everything that you respond or that your
22      lawyer indicates. It'll all be on the record. And
23      you're under oath, just as though you would be in
24      court, and this deposition could be used in court for
25      purposes of demonstrating what you've told us here
```

```
1       today. All right, sir?
2  A    Yes, sir.
3  Q    As you have been, if you will, answer aloud because
4       the court reporter has to work on her machine there
5       and it records it, and shaking the head doesn't
6       come out on the machine. So, if you would, as you
7       have, speak loudly so that we can hear everything.
8       All right?
9  A    Yes, sir.
10 Q    Okay. Mr. Navarre, where do you presently live?
11      What's your home address?
12 A    2214 Center Street, Vinton, Louisiana.
13 Q    All right. And how long have you lived at that
14      address?
15 A    Four years.
16 Q    All right. And does anyone live at that home with
17      you?
18 A    My fiance.
19 Q    And what is her name, sir?
20 A    Trina Honeycutt.
21 Q    All right. And how long has Trina Honeycutt been
22      living with you, sir?
23 A    Four years.
24 Q    Four years. Okay. Is that home on Center Street her
25      home?
```

```
1  A    No, sir. We rent.
2  Q    You rent. Okay. And immediately before living at
3       the Center Street home in Vinton, where did you live,
4       sir?
5  A    4200 Sherry Street, Sulphur, Louisiana.
6  Q    And how long approximately did you live in Sherry
7       Street?
8  A    Around three years.
9  Q    What is your present age?
10 A    Fifty-two (52).
11 Q    And have you ever been married?
12 A    Yes, sir.
13 Q    How many times, sir?
14 A    Once.
15 Q    And your former wife's name, what is that?
16 A    I'm still married.
17 Q    And what is her name, sir?
18 A    Victoria Navarre.
19 Q    Okay. And where does Mrs. Navarre live?
20 A    4200 Sherry Street.
21 Q    So that was the family home between the two of you
22      for a number of years?
23 A    Yes.
24 Q    Okay. How long were you married or when did you
25      marry Vickie Navarre?
```

```
1  A    Twenty-seven (27) years.
2  Q    Where are you from originally?
3  A    Lafayette.
4  Q    And how long have you been in the Lake
5       Charles/Sulphur area?
6  A    About 35 years.
7  Q    What brought you here?
8  A    Work.
9  Q    Tell me, in the past, what types of work generally
10      you have done?
11 A    Construction, tree company.
12 Q    All right. Did you finish high school?
13 A    No, sir.
14 Q    Where did you go to high school?
15 A    Carencro.
16 Q    And how far did you go?
17 A    Eighth. I finished the eighth.
18 Q    Okay. And after the eighth grade, did you do any
19      other work, trade schools, or business schools, where
20      you picked up a trade or earned a certificate in
21      anything?
22 A    Not until about 12 years ago.
23 Q    And then what happened?
24 A    I got a CDL license. I went to Coastal Driving,
25      trucking school.
```

# *Condensed Transcript*

| | | |
|---|---|---|
| 1 | Q | And do you still have a CDL? |
| 2 | A | Yes. |
| 3 | Q | Okay.  You've kept it up continually? |
| 4 | A | Yes, sir. |
| 5 | Q | So you're still licensed to drive the larger trucks? |
| 6 | A | Yes, sir. |
| 7 | Q | Okay.  Did you do that for a living for a period of |
| 8 | | time? |
| 9 | A | Two years. |
| 10 | Q | Do you have any other certificates or licenses in any |
| 11 | | trade or business? |
| 12 | A | No, sir. |
| 13 | Q | How long did you work for Prosper Operators at the |
| 14 | | time that you were hurt? |
| 15 | A | About a year and four months. |
| 16 | Q | Okay.  And where had you worked immediately before |
| 17 | | Prosper? |
| 18 | A | Davies Construction. |
| 19 | Q | And what did you do at that company? |
| 20 | A | I was a pipe fitter. |
| 21 | Q | And about how long had you worked for that company? |
| 22 | A | About a year and a half. |
| 23 | Q | All right.  And you said you had done construction |
| 24 | | for a good portion of your adult life? |
| 25 | A | Yes, sir. |

| | | |
|---|---|---|
| 1 | Q | Okay.  What took place that you and your wife, who |
| 2 | | still lives on Sherry Street in Sulphur, how did you |
| 3 | | all come to separate? |
| 4 | A | Just got tired of being married. |
| 5 | Q | All right.  It wasn't anything specific?  Just -- |
| 6 | A | No, sir. |
| 7 | Q | Okay.  All right.  And do you still support your |
| 8 | | wife? |
| 9 | A | No, sir. |
| 10 | Q | How does she support -- is she living -- is she |
| 11 | | working?  I'm sorry. |
| 12 | A | No, she's disabled. |
| 13 | Q | And what is her -- an accident, or what does she -- |
| 14 | A | Her carotid arteries.  Medical. |
| 15 | Q | So does she get a Social Security or something of |
| 16 | | that sort? |
| 17 | A | Yes, sir. |
| 18 | Q | All right.  And do you have any children? |
| 19 | A | Yes, sir. |
| 20 | Q | How many children? |
| 21 | A | Three. |
| 22 | Q | And how old are they, if you would? |
| 23 | A | 32, 30, and 28. |
| 24 | Q | All right.  All independent now? |
| 25 | A | Yes, sir. |

| | | |
|---|---|---|
| 1 | Q | Okay.  And so, it's just you and Trisha Honeycutt who |
| 2 | | live at the home? |
| 3 | A | Trina. |
| 4 | Q | Trina.  I'm sorry.  I don't write so well either, |
| 5 | | okay.  You are the only ones who live at the home? |
| 6 | A | Yes, sir. |
| 7 | Q | Is she employed outside the home? |
| 8 | A | She's in school. |
| 9 | Q | All right.  Where does she go to school? |
| 10 | A | Delta. |
| 11 | Q | Is that here -- the one in Lake Charles? |
| 12 | A | Yes, sir. |
| 13 | Q | All right.  Now, tell me if you would, Mr. Navarre, |
| 14 | | when you hired on at Prosper Operators, what were you |
| 15 | | -- this is even before you actually started work, |
| 16 | | what did you understand the job to be that you were |
| 17 | | hired for? |
| 18 | A | I wouldn't know how -- it's to maintain and operate |
| 19 | | the field. |
| 20 | Q | Had you ever done that before? |
| 21 | A | I had worked there with Davies as a private |
| 22 | | contract... -- as a contractor. |
| 23 | Q | All right.  And once you started work at Prosper, |
| 24 | | tell me what it is that you did on a -- if you had to |
| 25 | | describe a day's work, what would it be? |

| | | |
|---|---|---|
| 1 | A | Maintain the wells and all the equipment. |
| 2 | Q | Where were the wells located? |
| 3 | A | In Sweet Lake. |
| 4 | Q | Were all of them that you -- that Prosper had you |
| 5 | | working on in Sweet Lake? |
| 6 | A | Yes, sir. |
| 7 | Q | And the wells that you were maintaining, were those |
| 8 | | wells that Prosper owned, or were they wells that |
| 9 | | Prosper was maintaining and -- |
| 10 | A | Maintaining. |
| 11 | Q | So others owned them? |
| 12 | A | Yes, sir. |
| 13 | Q | You agree that Prosper had some sort of a contract to |
| 14 | | maintain those wells? |
| 15 | A | Yes, sir. |
| 16 | Q | Okay.  And so you were doing that for Prosper as one |
| 17 | | of the people -- or were there several? |
| 18 | A | There's two per crew. |
| 19 | Q | And how would you get to these wells to do the work |
| 20 | | that you had to do? |
| 21 | A | In a vessel. |
| 22 | Q | Where would you start your day's work?  Would you go |
| 23 | | to some place, a dock, or go to the Prosper office, |
| 24 | | or where would you go? |
| 25 | A | We stayed out on the water. |

# Condensed Transcript

Page 13

| 1 | Q | All right. Where would you stay? |
|---|---|---|
| 2 | A | In a trailer there on the platform. |
| 3 | Q | All right. So you actually had a trailer on the |
| 4 | | fixed platform out on the lake? |
| 5 | A | Yes, sir. |
| 6 | Q | Okay. And what was your work schedule? |
| 7 | A | 6:00 to 5:00 -- 6:00 to 6:00. |
| 8 | Q | Okay. And would you come home every night? |
| 9 | A | No. |
| 10 | Q | How long would your shift last out there? |
| 11 | A | Seven days. |
| 12 | Q | And during the time that you were not working, that |
| 13 | | is your hours off, you were on the platform at the |
| 14 | | trailer? |
| 15 | A | Yes, sir. |
| 16 | Q | And during the days that you were not working, did |
| 17 | | you go home? |
| 18 | A | Yes, sir. |
| 19 | Q | So you had a seven and seven work schedule, working |
| 20 | | 12 hours a day? |
| 21 | A | Yes, sir. |
| 22 | Q | And was there someone who was working the 12 hours |
| 23 | | per day that you were not working? |
| 24 | A | We stayed if there was -- an alarm went off, we took |
| 25 | | care of it. |

Page 14

| 1 | Q | So, in other words, you worked the days essentially, |
|---|---|---|
| 2 | | but were there for any emergency work had the alarm |
| 3 | | go off during the night? |
| 4 | A | Yes, sir. |
| 5 | Q | Okay. And were there -- you said there were two |
| 6 | | people working on the same area you were? You and |
| 7 | | someone else? |
| 8 | A | Yes, sir. |
| 9 | Q | Were both of you direct employees of Prosper? |
| 10 | A | Yes, sir. |
| 11 | Q | And how did you all get from the shore to the |
| 12 | | platform? |
| 13 | A | In a boat called the AMBER. |
| 14 | Q | And where did you all catch that boat? |
| 15 | A | At the dock at the end of Sweet Lake Camp Road. |
| 16 | Q | What size boat are we talking about? |
| 17 | A | About a 25, 27 foot. |
| 18 | Q | And the boat -- would the boat be there, or would it |
| 19 | | come for you when you got to the dock? |
| 20 | A | The two that was getting off would drive to the dock. |
| 21 | | We'd get on and drive out. |
| 22 | Q | And the two who were getting off of work there, were |
| 23 | | they also employees of Prosper? |
| 24 | A | Yes, sir. |
| 25 | Q | So they were the counterpart of you and your partner; |

Page 15

| 1 | | is that correct? |
|---|---|---|
| 2 | A | Yes, sir. |
| 3 | Q | All right. They were finishing their seven days, and |
| 4 | | you were starting yours? |
| 5 | A | Yes, sir. |
| 6 | Q | And is that where you all would meet each time? |
| 7 | A | Yes, sir. |
| 8 | Q | Okay. Who owned the boat that you all were on? |
| 9 | A | I think it was Prosper. |
| 10 | Q | Okay. Tell me, what kind of boat was it? Was it |
| 11 | | aluminum hull, fiberglass, -- |
| 12 | A | Well, which one? |
| 13 | Q | The one that you named, the one that you all -- |
| 14 | A | AMBER. |
| 15 | Q | AMBER. |
| 16 | A | It was aluminum. |
| 17 | Q | All right. Did it have a brand name on it? |
| 18 | A | Scully boat, I think. |
| 19 | Q | Stelly? |
| 20 | A | Scully. |
| 21 | Q | Was it a shop made boat? |
| 22 | A | I think so. |
| 23 | Q | And what size motor was on it? |
| 24 | A | About a 150. |
| 25 | Q | Outboard? |

Page 16

| 1 | A | Yes, sir. |
|---|---|---|
| 2 | Q | And what brand of motor? |
| 3 | A | Oh, we went through several out there, but I think it |
| 4 | | was a Suzuki last. |
| 5 | Q | Okay. So, when you all met at the dock, there would |
| 6 | | be two people only on the boat. Those same two |
| 7 | | people would get off, and you and your co-worker |
| 8 | | would get on? |
| 9 | A | Yes, sir. |
| 10 | Q | And how far was it from the dock to the platform? |
| 11 | A | By minutes or by miles? |
| 12 | Q | Either way. |
| 13 | A | About a 15 minute boat ride. |
| 14 | Q | Okay. What time would you all make the exchange of |
| 15 | | personnel or went on the change day? |
| 16 | A | About 7:00 in the morning. |
| 17 | Q | Did this boat have any sort of enclosure on it or -- |
| 18 | A | Yes, sir. |
| 19 | Q | What did it have? |
| 20 | A | It had a cabin. |
| 21 | Q | Okay. And was the boat -- did the boat have a |
| 22 | | license number on it? |
| 23 | A | Yes, sir. |
| 24 | Q | Did it have working lights on it? |
| 25 | A | Yes, sir. |

# *Condensed Transcript*

**Sheet 3  Page 17**

| | |
|---|---|
| 1  Q | Was it navigational lights? |
| 2  A | Yes, sir. |
| 3  Q | How did you determine when you first did it, how to |
| 4 | get to the platform?  How did you know how to get to |
| 5 | the platform from the dock? |
| 6  A | From the platform to the dock? |
| 7  Q | Yes, sir. |
| 8  A | Follow the telephone poles into the canal, and it |
| 9 | brings you to the -- |
| 10  Q | Okay.  From the dock to the platform, did you all |
| 11 | have to go in any open water or was it principally |
| 12 | canals? |
| 13  A | No, sir.  It's just one -- one lake out there. |
| 14  Q | Okay.  Who would normally drive the boat when you |
| 15 | were making the shift change, as between you and your |
| 16 | partner? |
| 17  A | Steve would drive it out. |
| 18  Q | And what his name?  Steve? |
| 19  A | Steve. |
| 20  Q | Last name? |
| 21  A | Mott, I think.  M-o-t-t. |
| 22  Q | All right.  Did Steve Mott have the same job title as |
| 23 | you had?  Did he do the same work as you did? |
| 24  A | Steve sat in the office. |
| 25  Q | Was he a supervisor of yours on the shift? |

**Page 18**

| | |
|---|---|
| 1  A | He was above me, yes. |
| 2  Q | Okay.  Had he been longer with the company? |
| 3  A | Yes, sir. |
| 4  Q | So, between the two of you, he would have the senior |
| 5 | position? |
| 6  A | Yes, sir. |
| 7  Q | Once you all would get to the platform, I'm assuming |
| 8 | that you'd get there maybe by eight o'clock in the |
| 9 | morning? |
| 10  A | Yes, sir. |
| 11  Q | Would you work that particular day?  Go out and -- |
| 12  A | Yes, sir. |
| 13  Q | -- check well heads and so forth? |
| 14  A | Yes, sir. |
| 15  Q | When you were doing that on a particular day, would |
| 16 | you be in the boat by yourself, or would Steve Mott |
| 17 | or someone be with you? |
| 18  A | Ninety-nine (99) percent of the time, I was by |
| 19 | myself. |
| 20  Q | Would you then take off from the platform? |
| 21  A | Yes, sir. |
| 22  Q | And the nearest station that you would go to check a |
| 23 | wellhead from the platform would be about how far? |
| 24 | Minutes or miles? |
| 25  A | Seconds.  Sixty (60) seconds. |

**Page 19**

| | |
|---|---|
| 1  Q | Okay.  You could see it from the platform? |
| 2  A | Yes, sir. |
| 3  Q | And the farthest you would be -- the one that's |
| 4 | farthest from the platform would be about how far? |
| 5  A | About 20 minutes. |
| 6  Q | And it was typical that you said about 90 percent of |
| 7 | the time you would be by yourself when you would go |
| 8 | to do these inspections? |
| 9  A | Yes, sir. |
| 10  Q | Okay.  And was the work that you were doing on those |
| 11 | occasions something that was capable -- designed for |
| 12 | one person?  What I'm saying is, -- |
| 13  A | Not all the time. |
| 14  Q | -- were you physically capable of doing the work on |
| 15 | those occasions? |
| 16  A | Yes. |
| 17  Q | And on the ten percent or so of the times that you |
| 18 | have somebody with you, what would cause you to have |
| 19 | that second person with you? |
| 20  A | You get bored sitting in there. |
| 21  Q | So, in other words, it wasn't something where you |
| 22 | said, "I need a second person"?  It was just a |
| 23 | question of maybe he'd come out with you to do your |
| 24 | work? |
| 25  A | I mean, sometimes we'd -- to do the chemicals, it |

**Page 20**

| | |
|---|---|
| 1 | would take two people on certain chemicals. |
| 2  Q | All right.  And what's -- tell me, was there a |
| 3 | typical size of wellhead or platform that you were |
| 4 | going to do your inspection work? |
| 5  A | In the keyways, it was -- |
| 6  Q | What was the typical height of those installations |
| 7 | versus your boat?  Was it higher, lower than the |
| 8 | gunwale of the boat? |
| 9  A | It was level with the boat. |
| 10  Q | These were installations that had been in place for a |
| 11 | long period of time? |
| 12  A | Long time. |
| 13  Q | And what work would you typically do at one of these |
| 14 | installations? |
| 15  A | We'd check the chemicals. |
| 16  Q | And how would you do that? |
| 17  A | Pull up and read the gauges and make sure the pump |
| 18 | was pumping and -- |
| 19  Q | Okay.  So you wanted to be sure that everything was |
| 20 | working inside, and the chemicals would tell you |
| 21 | that? |
| 22  A | And no leaks. |
| 23  Q | Okay.  Did -- or would it be the norm that you would |
| 24 | simply go and check, or did you have to do other |
| 25 | work?  For example, suppose the chemicals were not |

# Condensed Transcript

## Page 21

```
1        right, what would you do in that case?  Was that
2        something you'd just report, or would you have to
3        make some adjustment or repair?
4     A  I'd make adjustments if a pump wasn't pumping.
5     Q  And how would you adjust?  Were there devices on the
6        wellhead that allow you to do that, or did you have
7        to call somebody to do it?
8     A  It wasn't on the wellhead.  It was on the chemical
9        tank.
10    Q  And the chemical tank would be on that same platform?
11    A  Yes, sir.
12    Q  And what would you do?  Were there valves or levers
13       or handles you would turn?
14    A  Just a little round --
15    Q  Okay.  So you would --
16    A  -- knob.
17    Q  -- adjust the flow of the chemicals?
18    A  Yes, sir.
19    Q  You had been trained on how to do that?
20    A  Yes, sir.
21    Q  And did that require any tools, or was that simply
22       something you could do by hand?
23    A  I can do it by hand.
24    Q  And after you adjusted the chemicals, would you then
25       do another reading of the chemicals?
```

## Page 22

```
1     A  Yes.
2     Q  And to see whether it was satisfactory then?
3     A  Yes.
4     Q  Did you ever have an occasion while you worked for
5        Prosper Operators at one of these wellheads where you
6        were -- the chemicals were not right, you attempted
7        to get them right by making adjustments, and you were
8        unable to get it properly adjusted?
9     A  Yes, sir.
10    Q  Okay.  What would you do then when that happened?
11    A  Then we'd take the little pump off and rebuild it.
12    Q  And the pump would pump chemicals from the chemical
13       holder into the well?
14    A  Into the line.
15    Q  Into the line.  Okay.  And you had been trained on
16       the rebuilding of the pump, also?
17    A  Yes, sir.
18    Q  How big of a pump are we talking about?
19    A  A small -- about a little bit bigger than my Coke
20       cup.
21    Q  All right.  So, in other words, something you could
22       easily hold in two hands?
23    A  Yes, sir.
24    Q  And what was the pump made of?  Is it something --
25       it's metal?
```

## Page 23

```
1     A  Aluminum.
2     Q  Aluminum.  Okay.  And did it sit out in the open?
3     A  Yes, sir.
4     Q  Did you have to remove the pump in order to rebuild
5        it?
6     A  It all depends what side of the pump was out.
7     Q  All right.  And what was required in order for you to
8        rebuild the pump; that is, did you have to have hand
9        tools or did you have a welding torch?  What do you
10       need?
11    A  No, sir.  Just Allen wrenches and gaskets.
12    Q  So we're talking about relatively small parts that
13       had small fittings that would allow you to remove it?
14    A  Yes, sir.  Maybe a crescent wrench.
15    Q  Would you have tools with you when you would go out
16       on the job?
17    A  Yes, sir.
18    Q  And you knew what size tools you would need for the
19       various fittings you might have to loosen?
20    A  Yes, sir.
21    Q  Would you keep all of those tools in the boat or
22       would you carry them on your person?  How did you do
23       that?
24    A  I kept a crescent on me, and little channel locks and
25       the other tools stayed in the boat.
```

## Page 24

```
1     Q  Did y'all have a toolbox in the boat?
2     A  Yes, sir.
3     Q  Okay.  What is the biggest tool that you would have
4        had on the boat for use on one of these platforms?
5     A  About an inch and five-eighths wrench.
6     Q  Okay.  So we're talking now generally about the kind
7        of hand tools that you might have a mechanic might
8        use --
9     A  Yes, sir.
10    Q  -- or a plumber might use.  That sort of thing; is
11       that correct?
12    A  Yes, sir.
13    Q  You didn't have any power tools on your vessel?
14    A  No, not that -- no.
15    Q  And the tools that were on this boat, were those
16       tools the same ones that your counterpart would use
17       when he was on tour?
18    A  Yes, sir.
19    Q  Okay.  All right.  Did you ever have to replace a
20       pump on any of those platforms while you worked
21       there?
22    A  Yes, sir.
23    Q  And where did you have -- did you bring a spare pumps
24       with you?  Did you keep them in the boat?  Do you
25       have to go back and get one?
```

# *Condensed Transcript*

**Page 25**

1  A   I had to go back to the -- to the living quarters --
2      to our -- our trailer room.
3  Q   And did you keep spares ones at the living quarters?
4  A   We kept spare parts.
5  Q   Okay.  How big is the living quarters we're talking
6      about?  How many -- is it as big as this room?
7  A   Bigger.
8  Q   How many people would be living in the living
9      quarters?
10 A   When we had mechanics there, we could sleep about six
11     people.
12 Q   Okay.  And did you all have eating facilities there,
13     also?
14 A   Yes, sir.
15 Q   And was there someone who would cook, or would you --
16     you all would take turns cooking yourselves?
17 A   We would take turns.
18 Q   If you went out on a typical day to do the work that
19     you did at these wellheads, and let's say you left at
20     eight o'clock in the morning or thereabouts, how long
21     would it take you to do the work if you went to each
22     one and didn't have any particular problem, but
23     checked each one and adjusted if you needed to?  How
24     long would it take you?
25 A   There was no typical day.  I mean, --

**Page 26**

1  Q   Well, I mean, are we talking about an hour?  Are we
2      talking about it could take all day or --
3  A   Usually stayed out six -- you know, at least six
4      hours in the boat.
5  Q   All right.  So the better part of a day anyway; is
6      that right?
7  A   Yes, sir.
8  Q   And that would be if you didn't have a major problem
9      or anything like that?
10 A   Yes, sir.
11 Q   And during that period of time, did you have contact
12     with the platform?
13 A   You had a telephone.
14 Q   Would you typically be talking to them, or only if --
15     should you need some --
16 A   Only when I needed something.
17 Q   Did you have a radio on the boat?
18 A   We had what they call Coast Guard radio.
19 Q   All right.  But you typically used the cell phone?
20 A   Yes, sir.
21 Q   And did you have a cell phone assigned to you by the
22     company?
23 A   Yes, sir.
24 Q   So the living quarters we're talking about on the
25     platform, is that where you and your companion worker

**Page 27**

1      would be staying during your work day?
2  A   Yes, sir.
3  Q   And who else would be on -- in that living quarters?
4      Other people who worked for Prosper, or were there
5      other people on it?
6  A   Other contractors.
7  Q   Was there someone of the group in the living quarters
8      in charge of things there?  Somebody you would
9      consider to be the supervisor?
10 A   Steve Mott.
11 Q   Okay.  So, if there was a problem or a decision to be
12     made, he would be the one who would typically make
13     it?
14 A   Yes, sir.
15 Q   Were there ever times that you all would have to
16     leave the platform for any reason?  I'm talking about
17     an emergency, whether weather, or illness, or
18     anything of that sort?
19 A   Not while I was there.
20 Q   At the platform where the living quarters were, were
21     there other boats there, assuming the boat that you
22     were using for your work had you in it, and you were
23     out?
24 A   Yes, sir.
25 Q   What other boat was there?

**Page 28**

1  A   There was the 202.
2  Q   And what size boat was it?
3  A   About a 40 foot.  And then there was the UCO, which
4      was a 80 foot barge with a -- looked like a gator
5      tail on it.
6  Q   And what was that barge used for?
7  A   To -- we'd bring it in to load chemicals.
8  Q   Okay.
9  A   And we had a crane on it.  When we had a line bust,
10     where we'd lift the lines up and stuff.
11 Q   So you used that as part of your repair -- repairing
12     the line?
13 A   Yes, sir.
14 Q   But mainly it was -- you were bringing chemicals back
15     and forth on it and storing chemicals?
16 A   We'd bring chemicals out on that one and the 202.
17 Q   Okay.
18 A   And the AMBER.
19 Q   All right.  The 202 was a crew boat?
20 A   Yes, sir.
21 Q   And how was it powered, inboard or outboard?
22 A   Diesel outboard -- inboard.
23 Q   And the barge, you said, did it have a motor attached
24     to it or did you push it?
25 A   No, sir.  It had a diesel motor with -- like I said,

# Condensed Transcript

Page 29

| 1 |   | like a gator tail that stuck out the back. |
| 2 | Q | I gather it would be tied up to the platform most of |
| 3 |   | the time? |
| 4 | A | It all depends what we -- I mean, 50 percent of the |
| 5 |   | time it'd be out, 50 percent tied at the bank -- |
| 6 |   | at the dock. |
| 7 | Q | Okay.  Would it go to the dock except to get loaded? |
| 8 |   | Would it stay at the dock, or would it stay at the |
| 9 |   | platform when it wasn't being used? |
| 10 | A | 50/50. |
| 11 | Q | Who owned the barge; do you know? |
| 12 | A | No, sir.  I don't know. |
| 13 | Q | And what about the 202? |
| 14 | A | Don't know. |
| 15 | Q | Was there ever a time that you used the 202 for the |
| 16 |   | work you did rather than the 23 foot aluminum boat |
| 17 |   | that you -- |
| 18 | A | Yes, sir. |
| 19 | Q | And why would you use the 202 boat other than the |
| 20 |   | smaller boat? |
| 21 | A | When we loaded the tanks on, and when the water was |
| 22 |   | rough. |
| 23 | Q | All right.  So, if you needed something larger or |
| 24 |   | either for loading purposes or because it was rough, |
| 25 |   | you might use the larger boat? |

Page 30

| 1 | A | Yes, sir. |
| 2 | Q | When you would use the larger boat, would you still |
| 3 |   | be the only one in it, or would someone be with you? |
| 4 | A | Ninety-nine (99) percent, I was by myself. |
| 5 | Q | Okay.  Had you been trained on operating the larger |
| 6 |   | boat? |
| 7 | A | Yes, sir. |
| 8 | Q | So you knew how to operate it? |
| 9 | A | Yes, sir. |
| 10 | Q | It was a bigger boat, a diesel engine, but you were |
| 11 |   | capable of handling it? |
| 12 | A | Yes, sir. |
| 13 | Q | All right.  Now, you weren't a licensed captain for |
| 14 |   | any type of commercial vessel? |
| 15 | A | No, sir. |
| 16 | Q | And not now either; is that correct? |
| 17 | A | No, sir. |
| 18 | Q | And would the 202 stay at the platform when it was |
| 19 |   | not being used? |
| 20 | A | Yes, sir. |
| 21 | Q | Is that how some of the people would get back and |
| 22 |   | forth from time to time? |
| 23 | A | We'd usually use the AMBER. |
| 24 | Q | Now, when you would -- on your normal work day, your |
| 25 |   | regular work day, when you were going to these |

Page 31

| 1 |   | wellheads to do the work that you did, you said you'd |
| 2 |   | have your tools with you.  And would you have |
| 3 |   | chemicals with you in the boat that you might need, |
| 4 |   | or were the chemicals left on the wellhead? |
| 5 | A | The chemicals, when they run low, we loaded it and |
| 6 |   | brought it out, pumped it right then. |
| 7 | Q | All right.  And the chemicals, how were they -- are |
| 8 |   | they in bags, were they in barrels or what? |
| 9 | A | Some of them was in 55 gallon drums.  Some was in DOT |
| 10 |   | tanks. |
| 11 | Q | And how would you get them onto the platform? |
| 12 | A | We wouldn't.  We'd load it up with the crane either |
| 13 |   | on the 202 or -- and bring it out, pump it, and then |
| 14 |   | go back and unload. |
| 15 | Q | All right.  So that's one of the things you might use |
| 16 |   | the larger boat for if you were putting chemicals |
| 17 |   | like that? |
| 18 | A | Yes, sir. |
| 19 | Q | Okay.  How would it get put into the 202?  Did it |
| 20 |   | just stay there, or would you all offload it from |
| 21 |   | your living quarters platform with some means? |
| 22 | A | Can you repeat that? |
| 23 | Q | Yes.  How would you get your chemicals into the 202? |
| 24 | A | With the crane. |
| 25 | Q | Did the crane stay with your platform? |

Page 32

| 1 | A | Well, if it was -- we loaded it at the bank.  The |
| 2 |   | crane would stay there.  We'd load it, go out and |
| 3 |   | then come back. |
| 4 | Q | All right.  So you never had to manhandle the drum or |
| 5 |   | the bags of the chemical? |
| 6 | A | No, sir. |
| 7 | Q | I gather that there were -- certainly the big drum |
| 8 |   | would be far too heavy to manhandle, I guess? |
| 9 | A | It slid on the boat pretty easy. |
| 10 | Q | But it's nothing you'd pick up even with a couple of |
| 11 |   | people? |
| 12 | A | No, sir. |
| 13 | Q | Now, when you would finish your work day, when you |
| 14 |   | were doing your gauging and your checking, would you |
| 15 |   | go back to the platform? |
| 16 | A | Yes, sir. |
| 17 | Q | And would you have any further duties during the term |
| 18 |   | of that day, unless there was some emergency alarm |
| 19 |   | that would go off? |
| 20 | A | No, sir. |
| 21 | Q | Okay.  Your next duties would be the next day? |
| 22 | A | Yes, sir. |
| 23 | Q | And would you or someone else for Prosper check those |
| 24 |   | wells each day? |
| 25 | A | It was me. |

# Condensed Transcript

**Sheet 5   Page 33**

| | | |
|---|---|---|
| 1 | Q | And if it was your off tour, somebody else would do |
| 2 | | it? |
| 3 | A | Yes, sir. |
| 4 | Q | And to your knowledge, they would do the same thing |
| 5 | | as you did? |
| 6 | A | Yes, sir. |
| 7 | Q | Were there any reports that you would prepare once |
| 8 | | you were doing your work showing what the readings |
| 9 | | were at the various wells? |
| 10 | A | Yes, sir. |
| 11 | Q | Did you do it while you were at the wellhead? |
| 12 | A | Yes, sir. |
| 13 | Q | And was that a report that you would bring back and |
| 14 | | give to somebody at the living quarters? |
| 15 | A | I'd bring it back, put it on the desk for when the |
| 16 | | chemical guy come out. |
| 17 | Q | But he'd bring it back then? |
| 18 | A | Yes, sir. |
| 19 | Q | Okay.  And you were required to fill out that sheet |
| 20 | | every day? |
| 21 | A | Twice a day. |
| 22 | Q | Okay.  If you had some sort of a repair problem, |
| 23 | | would you put that on your sheet? |
| 24 | A | I'd note it on there or just run back and get it.  I |
| 25 | | wouldn't have to note it. |

**Page 34**

| | | |
|---|---|---|
| 1 | Q | All right.  Did you ever have a time that there was |
| 2 | | some problem at one of the wellheads, and you did not |
| 3 | | have the appropriate repair parts or replacement |
| 4 | | parts on your living quarters platform? |
| 5 | A | Yes, sir, when a line would bust or something like |
| 6 | | that. |
| 7 | Q | What would you then?  I mean, did you have to make a |
| 8 | | temporary repair or what?  Would you shut it in and |
| 9 | | then you could repair it? |
| 10 | A | Shut it in. |
| 11 | Q | All right.  And you had shut in valves available in |
| 12 | | order to do that? |
| 13 | A | Yes, sir. |
| 14 | Q | And you were trained on how to do that? |
| 15 | A | Yes, sir. |
| 16 | Q | Were those valves also on the same platform as the |
| 17 | | broken line would be? |
| 18 | A | The line would probably break in the water before. |
| 19 | Q | You could see it bubbling up? |
| 20 | A | Yes, sir. |
| 21 | Q | And so, if that happened, you -- you knew how to shut |
| 22 | | it in? |
| 23 | A | Yes, sir. |
| 24 | Q | And then who would make the repair of a broken line |
| 25 | | assuming it was in the water? |

**Page 35**

| | | |
|---|---|---|
| 1 | A | We'd call a third party. |
| 2 | Q | And somebody else would do it? |
| 3 | A | We'd assist them. |
| 4 | Q | Okay.  All right.  Now, the indication in this |
| 5 | | lawsuit that you've filed was that you were hurt on |
| 6 | | the job June 14 of last year -- June 14 of '15? |
| 7 | A | Yes, sir. |
| 8 | Q | Just almost exactly a year ago.  And you said that |
| 9 | | you were -- you described in the lawsuit that you |
| 10 | | were an operator.  You worked for Prosper, and that |
| 11 | | you were performing what would be your usual duties, |
| 12 | | the sort of thing that you were telling me about here |
| 13 | | today; is that right? |
| 14 | A | No, sir. |
| 15 | Q | Okay.  What were you doing on the day that the |
| 16 | | accident happened? |
| 17 | A | I was bringing in a well, bringing up a well. |
| 18 | Q | Okay.  And how far from the living quarters platform |
| 19 | | were you at the time that you had your injury? |
| 20 | A | About two minutes. |
| 21 | Q | Two minutes.  Okay.  Were you within sight of the |
| 22 | | living quarters platform? |
| 23 | A | Yes, sir. |
| 24 | Q | Okay.  All right.  You were working by yourself, as |
| 25 | | normal? |

**Page 36**

| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | Q | Was there any particular mechanical problem that you |
| 3 | | were having on that day with the chemicals or with |
| 4 | | the wellhead? |
| 5 | A | They were rebuilding -- they just rebuilt the |
| 6 | | compressors. |
| 7 | Q | Okay.  And you were there to do your normal checking? |
| 8 | A | No, sir.  I was bringing up three wells because the |
| 9 | | compressor was -- just got fixed. |
| 10 | Q | So, what did you determine when you went and did your |
| 11 | | inspection that day?  Were the readings okay? |
| 12 | A | Well, I wasn't inspecting nothing when the accident |
| 13 | | happened. |
| 14 | Q | They did not have it back on line yet? |
| 15 | A | I went to go bring it on line when the accident |
| 16 | | happened. |
| 17 | Q | Who was working then on the platform? |
| 18 | A | Steve Mott, and John from TPIC was there. |
| 19 | Q | All right.  Were they doing the repair? |
| 20 | A | No, sir. |
| 21 | Q | What were they doing? |
| 22 | A | The mechanics come to repair it.  John was there to |
| 23 | | make sure it was done right, and Steve was watching |
| 24 | | them. |
| 25 | Q | All right.  And the mechanic was from another |

# *Condensed Transcript*

Page 37

| | |
|---|---|
| 1 | company? |
| 2 A | Yes, sir. |
| 3 Q | What company did he work for; do you know? |
| 4 A | I can't remember. |
| 5 Q | Did he work for a company that you would see out |
| 6 | there when repairs were needed? |
| 7 A | Yes, sir. |
| 8 Q | Okay.  So he was somebody they used normally or |
| 9 | regularly? |
| 10 A | Yes, sir. |
| 11 Q | And did you have a line repair that you -- as you |
| 12 | talked about before, something down in the water? |
| 13 A | No, sir.  It was a compressor that the pressure side |
| 14 | had broke. |
| 15 Q | So the mechanic was making the repair? |
| 16 A | The mechanics were done. |
| 17 Q | Okay.  And had the repair been finished, as far as |
| 18 | you know? |
| 19 A | Yes, sir. |
| 20 Q | Okay.  So, supposedly, it was repaired and ready to |
| 21 | be brought back on line? |
| 22 A | Yes, sir. |
| 23 Q | What happened then -- the three of you were there at |
| 24 | this particular platform; is that right? |
| 25 A | No, sir.  John and Steve was at the compressors, and |

Page 38

| | |
|---|---|
| 1 | I was at the three wells bringing them up one at a |
| 2 | time. |
| 3 Q | How far were you all apart? |
| 4 A | About a five minute boat ride. |
| 5 Q | Okay.  All right.  You couldn't see them, and they |
| 6 | couldn't see you? |
| 7 A | No, sir. |
| 8 Q | So you were waiting on them, and you would make your |
| 9 | check once they brought it on line? |
| 10 A | Could you repeat that? |
| 11 Q | Right.  What were you going to do at this particular |
| 12 | wellhead platform? |
| 13 A | I was bringing the well back up.  I was opening the |
| 14 | valves. |
| 15 Q | All right.  So the valves had been closed to make the |
| 16 | repair? |
| 17 A | Yes, sir. |
| 18 Q | And you were going to open up the valves and then do |
| 19 | your normal inspection work? |
| 20 A | No, sir. |
| 21 Q | What were you going to do once you opened up the |
| 22 | valves? |
| 23 A | I was going to go back to the platform. |
| 24 Q | And then you would do nothing for that wellhead until |
| 25 | the next day? |

Page 39

| | |
|---|---|
| 1 A | Yes, sir.  Because the water was rough that day. |
| 2 Q | All right.  How did Mott and John get from this |
| 3 | wellhead platform back to where they were? |
| 4 A | There's a walkway. |
| 5 Q | Did they use a boat? |
| 6 A | Not to go to the compressor station.  No, sir. |
| 7 Q | All right.  They just walked over there? |
| 8 A | Yes, sir. |
| 9 Q | And how were they going to get back to the living |
| 10 | quarters platform then? |
| 11 A | They were going to walk back. |
| 12 Q | How had you gotten to this particular platform where |
| 13 | you were getting ready to bring it back on line? |
| 14 A | I was in the AMBER. |
| 15 Q | All right.  Why had you taken the boat to get to that |
| 16 | place rather than using the same path that they gone |
| 17 | when they were walking? |
| 18 A | Because that was the compressor station.  That was at |
| 19 | the wellhead.  Yount-Lee 47. |
| 20 | COURT REPORTER: |
| 21 | I'm sorry.  What did you say before 47? |
| 22 | WITNESS: |
| 23 | Yount-Lee. |
| 24 | COURT REPORTER: |
| 25 | Yount-Lee? |

Page 40

| | |
|---|---|
| 1 | WITNESS: |
| 2 | Yes, ma'am. |
| 3 | MR. ROY: |
| 4 Q | And you said that the weather was rough? |
| 5 A | There was a little Hurricane Bill that was hitting. |
| 6 Q | But you had -- had you gone directly from the living |
| 7 | quarters platform to this particular production |
| 8 | platform, or had you done other work before you had |
| 9 | gotten to this -- |
| 10 A | I had done other work. |
| 11 Q | Was this going to be your last stop for the day? |
| 12 A | No, sir. |
| 13 Q | So you had other work to do after this? |
| 14 A | Yes, sir. |
| 15 Q | It just happened to be one that you were going to be |
| 16 | working on inspecting that day, but it had been down |
| 17 | for repair? |
| 18 A | The compressor was down for repair, not the well. |
| 19 Q | Right.  But until the compressor was back up, you |
| 20 | couldn't do what you needed to do or finish at that |
| 21 | station? |
| 22 A | No, sir. |
| 23 | MR. CAMEL: |
| 24 | If you need to, you're welcome to stand up |
| 25 | if -- |

# Condensed Transcript

| | |
|---|---|
| 1 | MR. ROY: |
| 2 | Yes, if you want to stand up or if you want |
| 3 | to take a break, that would be fine. |
| 4 | WITNESS: |
| 5 | Yeah. |
| 6 | MR. ROY: |
| 7 | You can stand up while you answer, if you |
| 8 | wish. That's okay. |
| 9 | MR. ROY: |
| 10 | Q   How long had Mr. Mott and John been gone from your |
| 11 | area for the compressor station, when you were hurt? |
| 12 | A   John was at the compressor station, and Steve was at |
| 13 | the living quarters -- the control room when I got |
| 14 | hurt. |
| 15 | Q   All right. Were either one of them in sight? |
| 16 | A   No, sir. |
| 17 | Q   And you -- and so it was just you on the platform at |
| 18 | the time you were hurt? |
| 19 | A   Yes, sir. |
| 20 | Q   The mechanic had already gone? Nobody else was in |
| 21 | the boat at the time? |
| 22 | A   Yes, sir. |
| 23 | Q   And tell me about what time of the day this accident |
| 24 | happened. |
| 25 | A   About 8:30 in the morning. |

| | |
|---|---|
| 1 | Q   And was this the first day of your tour or wasn't it? |
| 2 | A   No, sir. |
| 3 | Q   Up to this point of the day, was there anything |
| 4 | unusual in your work for that day? |
| 5 | A   Just the water. I mean, there was a little hurricane |
| 6 | out there. Everything was real rough. |
| 7 | Q   And tell me what happened that caused you to be hurt. |
| 8 | How did you become hurt? |
| 9 | A   I had to jump off the well into the boat. |
| 10 | Q   And what caused you to have to jump off of the well |
| 11 | into the boat? |
| 12 | A   There was no place for me to tie it off, and the boat |
| 13 | was leaving me. So I had to jump in or it would have |
| 14 | hit the other wells. |
| 15 | Q   How would you normally secure the boat when you got |
| 16 | to one of these platforms to do your work? |
| 17 | A   Some of them -- I mean, that one, there's no place to |
| 18 | tie off, so we just butt up against it, and idle the |
| 19 | motor up high to hold it. |
| 20 | Q   Okay. And what did the platform look like? I mean, |
| 21 | is it metal, wood? |
| 22 | A   It's wood with grating on top about as big as this |
| 23 | table. A little bit wider. |
| 24 | Q   All right. So the table looks like it's about ten |
| 25 | feet long -- |

| | |
|---|---|
| 1 | A   Yes, sir. |
| 2 | Q   -- and say maybe five feet wide? |
| 3 | A   Four foot -- yes, sir. |
| 4 | Q   Four or five feet. Okay. And that would be about |
| 5 | the size, you think, of the platform? |
| 6 | A   Yes, sir. |
| 7 | Q   Wooden size -- wooden pilings and metal grate for the |
| 8 | deck? |
| 9 | A   Yes, sir. |
| 10 | Q   And I don't understand why there would be no place to |
| 11 | tie up to. |
| 12 | A   There was -- I couldn't -- there's no cleats there on |
| 13 | that one -- just that one well. And the only place |
| 14 | to tie off would be a ladder which was four little |
| 15 | tack welds that would break off, or tied off to an |
| 16 | 1,190 pound line -- pressure line. And that ain't |
| 17 | happening. |
| 18 | Q   Well, what's wrong with the floor? The floor's not |
| 19 | solid? Isn't it a grate? |
| 20 | A   Sir? |
| 21 | Q   Floor is grated metal, isn't it? |
| 22 | A   Yes, sir. But the grating wraps around all the wells |
| 23 | and your lines and stuff, so that rough, four foot |
| 24 | waves would pull the grating off. |
| 25 | Q   You expect me to believe that? |

| | |
|---|---|
| 1 | A   Only thing holding that is nails. |
| 2 | Q   What's that? |
| 3 | A   Only thing holding it down is little -- is just some |
| 4 | nails -- |
| 5 | Q   All right. |
| 6 | A   -- bent over. I mean, four foot waves got a lot of |
| 7 | pressure. It would pull it off. |
| 8 | Q   Okay. So you concluded when you got to this platform |
| 9 | that there was nothing to tie the boat off onto? |
| 10 | A   No, sir. |
| 11 | Q   That is, you recognized that when you got to it? |
| 12 | A   Yes, sir. |
| 13 | Q   And was the water rough when you got to the platform? |
| 14 | A   Yes, sir. |
| 15 | Q   Did it get any rougher while you were on the |
| 16 | platform, or did it get not as rough? |
| 17 | A   No, sir. It's the same. |
| 18 | Q   About the same. Okay. And I gather from the time of |
| 19 | the day that you would have been fairly early into |
| 20 | your work day? |
| 21 | A   Yes, sir. |
| 22 | Q   In other words, you were not halfway through a normal |
| 23 | work day? |
| 24 | A   No, sir. |
| 25 | Q   This would have been one of the early stops? |

# Condensed Transcript

Page 45

| 1 | A | I wasn't in a maintenance mode that day. |
| 2 | Q | Okay. |
| 3 | A | I was in the mode of the compressor was coming up out |
| 4 | | of the -- on the well. |
| 5 | Q | But did you still have your other inspections to do |
| 6 | | that day? |
| 7 | A | Yes, sir. |
| 8 | Q | Had you done any inspections at the time that this |
| 9 | | accident happened that day, or were all of your |
| 10 | | inspections left to be done? |
| 11 | A | They were left to be done.  It was too rough to do |
| 12 | | inspections. |
| 13 | Q | So you would have waited on the inspections until the |
| 14 | | weather calmed down? |
| 15 | A | Yes, sir. |
| 16 | Q | So far as you know, was the intention that you were |
| 17 | | going to take care of this matter where the |
| 18 | | compressor had been shut down, and then go back to |
| 19 | | the living quarters platform?  Was that the |
| 20 | | intention? |
| 21 | A | I can't follow what you're saying.  I mean, the |
| 22 | | compressor is over here (indicating). |
| 23 | Q | I understand. |
| 24 | A | The well is over here (indicating), you know. |
| 25 | Q | But the compressor had to be brought back up in order |

Page 46

| 1 | | for you to get this wellhead back up? |
| 2 | A | Yes, sir. |
| 3 | Q | Okay.  Because of the weather or any other thing, was |
| 4 | | it your intention that you were going to take care of |
| 5 | | this particular wellhead after the compressor was |
| 6 | | back up and then go back to the living quarters |
| 7 | | platform, or were you going to go do your other |
| 8 | | inspection work? |
| 9 | A | I was going to go to where the control room is do my |
| 10 | | work on the platforms. |
| 11 | Q | All right.  And why would you have done that that |
| 12 | | day?  Was that the normal thing for that day, or were |
| 13 | | you doing that because of the weather? |
| 14 | A | I was not doing that because of the weather, but I |
| 15 | | took care of the wells and platforms. |
| 16 | Q | Okay.  Right.  How would you typically tie up the |
| 17 | | AMBER; that is, did it have a bow line? |
| 18 | A | It had a bow line and the line in the back. |
| 19 | Q | And at the end of those lines, was there any hook or |
| 20 | | did you just have a rope end? |
| 21 | A | Just a rope. |
| 22 | Q | Was there a boat hook anywhere in the boat? |
| 23 | A | No, sir. |
| 24 | Q | Did you have any sort of a hard device that you could |
| 25 | | make a hook out of with the end -- for the end of the |

Page 47

| 1 | | rope? |
| 2 | A | No, sir. |
| 3 | Q | And would you always tie up to the particular |
| 4 | | platforms?  Is that how you would make -- |
| 5 | A | When the water was rough, the ones that we could tie |
| 6 | | off to, I did. |
| 7 | Q | And had you ever had to go to these platforms on one |
| 8 | | of your work days, before this day that you were |
| 9 | | hurt, and not tie up? |
| 10 | A | Yes, sir. |
| 11 | Q | And when you -- you would be by yourself in the boat? |
| 12 | A | Yes, sir. |
| 13 | Q | And how would you come to the platform and do your |
| 14 | | work on the platform without tying the boat up? |
| 15 | A | You just leave the boat in gear and idle it up, and |
| 16 | | it would sit there. |
| 17 | Q | Is that what you did on this particular day that you |
| 18 | | were hurt? |
| 19 | A | Yes, sir. |
| 20 | Q | Now, you said that, at some point where you were |
| 21 | | hurt, you jumped off the platform to the boat? |
| 22 | A | Yes, sir. |
| 23 | Q | And you were jumping off of -- you said one of these |
| 24 | | platforms about the same height as the gunwale of |
| 25 | | your boat? |

Page 48

| 1 | A | It's about three foot up. |
| 2 | Q | And where in the boat were you jumping to? |
| 3 | A | It was going to be the back because the front had -- |
| 4 | | the boat had turned and was leaving. |
| 5 | Q | So you were going to be jumping off of the platform |
| 6 | | over the side of the boat toward the rear? |
| 7 | A | Yes, sir. |
| 8 | Q | And did it have a flat floor that you were jumping |
| 9 | | to? |
| 10 | A | Yes, sir. |
| 11 | Q | And what happened when you made the jump? |
| 12 | A | The waves was down and when I jumped, the waves come |
| 13 | | up and slammed me. |
| 14 | Q | Where was the nose of the boat when you jumped onto |
| 15 | | it toward the rear of the boat? |
| 16 | A | It was facing north. |
| 17 | Q | And how close was it to the closest point of the |
| 18 | | platform?  The closest point of the nose of the boat |
| 19 | | to the platform was how far? |
| 20 | A | It was 20 foot, because I had -- the back of the boat |
| 21 | | was even with the edge of the well. |
| 22 | Q | How close was the closest point of the back of the |
| 23 | | boat to the platform when you jumped? |
| 24 | A | Four foot. |
| 25 | Q | And did you have -- were you holding any rope at the |

# Condensed Transcript

**Sheet 7  Page 49**

| | | |
|---|---|---|
| 1 | | time you made the jump?  Any rope attached to the |
| 2 | | boat? |
| 3 | A | No, sir. |
| 4 | Q | Okay.  Did you have any rope in the boat anywhere on |
| 5 | | the platform -- not tied, but even thrown onto the |
| 6 | | platform? |
| 7 | A | The front rope was up there. |
| 8 | Q | And how long was your front rope?  Long as the boat? |
| 9 | A | No, sir.  It was six foot. |
| 10 | Q | Okay.  And you say it was on the platform? |
| 11 | A | Yes, sir. |
| 12 | Q | And why didn't you go to the front of the boat and |
| 13 | | pull it closer so you could get on the nose of the |
| 14 | | boat rather than jump on the rear of the boat that |
| 15 | | was unsecured, untied? |
| 16 | A | The boat had done left me.  I had to jump. |
| 17 | Q | Well, didn't you say that the nose of the boat -- |
| 18 | | that the rope was still up on the platform? |
| 19 | A | No, sir. |
| 20 | Q | Where was it? |
| 21 | A | The rope was in the water. |
| 22 | Q | All right.  How was it that the boat -- you said you |
| 23 | | had left the motor running -- |
| 24 | A | Yes, sir. |
| 25 | | -- in, I guess, a fast idle but in gear? |

**Page 50**

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | How was it that it left you or floated away? |
| 3 | A | Because three, four foot waves that was hitting, it |
| 4 | | turned and, with it being in gear, it was leaving me. |
| 5 | Q | All right. |
| 6 | A | And I'd have been stranded out on the well. |
| 7 | Q | How long had you been on that well when you jumped |
| 8 | | back to the boat? |
| 9 | A | Three minutes. |
| 10 | Q | And what caused you to decide to jump to the boat? |
| 11 | | Was it -- had you finished your work there? |
| 12 | A | No, sir. |
| 13 | Q | What brought your attention to the fact that the boat |
| 14 | | was leaving? |
| 15 | A | I heard the motor, which I usually don't hear because |
| 16 | | it's in the back. |
| 17 | Q | So you heard the different sound from the outboard |
| 18 | | motor? |
| 19 | A | Yes, sir. |
| 20 | Q | Okay.  And you looked and realized what was going on? |
| 21 | A | Yes, sir. |
| 22 | Q | You had your cellular phone with you? |
| 23 | A | Yes, sir. |
| 24 | Q | And there were no other boats there at that platform |
| 25 | | when you had your accident either manned or unmanned? |

**Page 51**

| | | |
|---|---|---|
| 1 | A | At the well I was on? |
| 2 | Q | Yes, sir. |
| 3 | A | No, sir. |
| 4 | Q | And no other personnel?  You were the only person |
| 5 | | there? |
| 6 | A | Yes, sir. |
| 7 | Q | Now, when you jumped off of the platform onto the |
| 8 | | back of the boat, did you land up on the gunwale? |
| 9 | | Did you land on the floor of the boat where -- |
| 10 | A | Floor. |
| 11 | Q | And was there anything on the floor where you landed? |
| 12 | | Any material or anything that -- |
| 13 | A | Four by -- there was a four by six. |
| 14 | Q | And what did you land on?  The floor, the four by |
| 15 | | six, or anything else? |
| 16 | A | My right foot hit the four by six, and my left foot |
| 17 | | hit the floor. |
| 18 | Q | All right.  And the four by six, was it part of the |
| 19 | | boat or was it just a piece of lumber there? |
| 20 | A | Just a piece of lumber. |
| 21 | Q | What was it used for? |
| 22 | A | We use it -- when we suck chemicals out, we put it |
| 23 | | under the barrel to -- |
| 24 | Q | That would be used to tilt the barrel to get the rest |
| 25 | | of the stuff out? |

**Page 52**

| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | | How long was the rope that you had available toward |
| 3 | | the rear of the boat if you were tying up the rear? |
| 4 | A | Six foot maybe.  It's the same front and back. |
| 5 | Q | And was there any rope anywhere else in the boat, |
| 6 | | other than those two approximately six foot pieces of |
| 7 | | line? |
| 8 | A | No, sir. |
| 9 | Q | Did you have an anchor in that boat? |
| 10 | A | No, sir. |
| 11 | Q | How did you -- I know you said that one of your feet |
| 12 | | hit the piece of lumber; the other one landed on the |
| 13 | | floor of the boat which was aluminum also? |
| 14 | A | Yes, sir. |
| 15 | Q | Did it have any anti-skid material on it? |
| 16 | A | It had a checker plated plate. |
| 17 | Q | Okay.  And in what position did you come to rest in |
| 18 | | on the boat?  Did you fall down?  Were you still |
| 19 | | standing up? |
| 20 | A | I fell.  When I -- I hit the boat, I fell on my butt. |
| 21 | Q | When you fell down on your butt, were you completely |
| 22 | | still in the boat? |
| 23 | A | Yes, sir. |
| 24 | Q | And did you have a life jacket on at that time? |
| 25 | A | No, sir. |

# Condensed Transcript

## Page 53

| | | |
|---|---|---|
| 1 | Q | What about a hard hat? |
| 2 | A | Yes, sir. |
| 3 | Q | And what type of shoes or boots were you wearing? |
| 4 | A | I had work boots.  Steel-toe work boots. |
| 5 | Q | The ones you would typically wear? |
| 6 | A | Yes, sir. |
| 7 | Q | And tell me how you felt once you hit the floor. |
| 8 | | Once you kind of brought yourself to, what did you |
| 9 | | feel? |
| 10 | A | Well, I had to jump up and stop the boat before |
| 11 | | anything, and my right foot and ankle was real bad. |
| 12 | Q | You could feel it right away? |
| 13 | A | Yes, sir.  It was instantly bruised. |
| 14 | Q | Okay.  And you say you had to jump up and stop the |
| 15 | | boat.  What did you have to stop the boat for?  Was |
| 16 | | it going in some place dangerous? |
| 17 | A | Yes, sir.  It was heading to another well. |
| 18 | Q | All right.  And was it still going at a -- I'll call |
| 19 | | a fast idle speed? |
| 20 | A | Yes, sir. |
| 21 | Q | But you brought the boat under control then? |
| 22 | A | Yes, sir. |
| 23 | Q | And then what did you do? |
| 24 | A | Then I went and met Steve and told Steve that I hurt |
| 25 | | myself. |

## Page 54

| | | |
|---|---|---|
| 1 | Q | So you reported to him immediately -- |
| 2 | A | Yes, sir. |
| 3 | Q | -- that you had -- told him what had happened, you |
| 4 | | fell and hurt your ankle? |
| 5 | A | Yes, sir.  I even pulled my boot off and showed him |
| 6 | | that it was bruised and -- |
| 7 | Q | All right.  And where was he when you met Steve? |
| 8 | A | He was in the control room. |
| 9 | Q | And you said your right ankle was -- |
| 10 | A | Yes, sir.  Right foot and right ankle. |
| 11 | Q | Okay.  And what part of the ankle was it that was |
| 12 | | hurting you; that is, was it the front, the back, the |
| 13 | | inside or the outside? |
| 14 | A | It was inside here, under the bottom here, and across |
| 15 | | this (indicating). |
| 16 | Q | So inside of that bump on your ankle, and then across |
| 17 | | the bottom of your foot? |
| 18 | A | Yes, sir, and across the top. |
| 19 | Q | Okay.  All right.  And as you fell and as you went |
| 20 | | back to the platform to meet Steve, tell me on what |
| 21 | | level was the pain at that point?  Was it the worst |
| 22 | | you'd ever had? |
| 23 | A | On a scale -- |
| 24 | Q | Was it mild? |
| 25 | A | -- scale of one to ten, probably about seven. |

## Page 55

| | | |
|---|---|---|
| 1 | Q | Had you ever hurt that ankle or foot before? |
| 2 | A | No, sir. |
| 3 | Q | Were your boots damaged by the fall; that is, did you |
| 4 | | break your heel on it, or tear the boot or anything |
| 5 | | of that sort? |
| 6 | A | No, sir. |
| 7 | Q | And was the right -- was it the right foot that hit |
| 8 | | the piece of wood in the boat? |
| 9 | A | Yes, sir. |
| 10 | Q | Did the piece of wood move when you hit it? |
| 11 | A | I really don't know. |
| 12 | Q | Once you got to Steve and reported to him what had |
| 13 | | happened, what then took place? |
| 14 | A | Steve just told me to go soak it. |
| 15 | Q | All right.  And did you do that? |
| 16 | A | Yes, sir. |
| 17 | Q | And did it get any better with the soaking? |
| 18 | A | No, sir.  I told him that I need to see a doctor. |
| 19 | Q | All right.  Do you remember what day of the week this |
| 20 | | day was, June 14? |
| 21 | A | No, sir. |
| 22 | Q | Did you see a doctor that day, June 14? |
| 23 | A | No, sir. |
| 24 | Q | Did you continue working that day? |
| 25 | A | I hopped around.  Yes, sir. |

## Page 56

| | | |
|---|---|---|
| 1 | Q | And then when did you -- I gather you still had part |
| 2 | | of your seven days on that you were working at that |
| 3 | | time? |
| 4 | A | Yes, sir. |
| 5 | Q | Do you know how many days you actually worked your |
| 6 | | normal work shift before you went in? |
| 7 | A | I was hurt on the 14th, and I seen the doctor on the |
| 8 | | 18th when I went in. |
| 9 | Q | So was -- the day of the 18th was the last day of |
| 10 | | your shift? |
| 11 | A | Yes, sir. |
| 12 | Q | And during the time from the 14th to the 18th, you |
| 13 | | didn't get any medical attention? |
| 14 | A | No, sir. |
| 15 | Q | Did you continue doing anything -- soaking your foot, |
| 16 | | for example? |
| 17 | A | I soaked my foot.  Yes, sir. |
| 18 | Q | Was there anything else that you did?  And I mean by |
| 19 | | that did you take medicine? |
| 20 | A | No, sir.  I pretty much stayed sitting down and |
| 21 | | taking it easy. |
| 22 | Q | Did you continue to do your inspections during those |
| 23 | | days? |
| 24 | A | No, sir. |
| 25 | Q | Who did the inspections during those days after you |

# Condensed Transcript

```
 1            were hurt, before you went in?
 2   A    Nobody.
 3   Q    What was Steve saying during that period of time?  I
 4            mean, did you convince him that you simply couldn't
 5            do the inspections?
 6   A    I told him I need to see a doctor, and he never
 7            called the company to set it up or nothing, so I just
 8            stayed out there and told -- he wanted me to go to
 9            work, and I told him I was hurting.
10   Q    Did you try and convince him that you should go in,
11            that he ought to have somebody come and pick you up,
12            or did you have a vehicle at the dock?
13   A    No, sir, I didn't have no vehicle at the dock.
14   Q    How would you normally get home from the dock?
15   A    My fiance would pick me up.
16   Q    Did you consider calling her and having her come so
17            that you could take the boat in to get --
18   A    I considered it.  Yes, sir.
19   Q    And why didn't you do that, sir?
20   A    Because there was nobody to relieve me.  Steve
21            wouldn't call the office to okay it, so I just
22            stayed.
23   Q    Well, did you tell me you were not doing your work
24            anyway during that period of time?
25   A    I was hopping around.  I mean, I -- I didn't go in
```

```
 1            the boat, you know, but --
 2   Q    So you were able to do some of the work, but not all
 3            of it?
 4   A    Yes, sir.
 5   Q    And when you got off of work on the 18th, did you get
 6            back to the dock in a normal fashion in the boat?
 7   A    Yes, sir.
 8   Q    And your fiance picked you up?
 9   A    Yes, sir.
10   Q    And did you go immediately to a doctor --
11   A    Immediately.
12   Q    -- somewhere?  Where did you go?
13   A    Cal-Cam.
14   Q    By the 18th, tell me, versus the day of the accident,
15            was your ankle any better or any worse, or was it
16            about the same?
17   A    About the same.
18   Q    Okay.  Was it swollen?
19   A    Yes.
20   Q    Did you continue wearing your boots, or did you not
21            put anything on your foot, or what did you have?
22   A    At home or on the --
23   Q    Still on the platform.
24   A    No, sir.  I wore my boot.
25   Q    So the first place you went was to Cal-Cam, and you
```

```
 1            went to the emergency room?
 2   A    Yes, sir.
 3   Q    Okay.  And did you describe for them there
 4            essentially what you've told us here, where you were
 5            hurting, how you were hurt?
 6   A    Yes, sir.
 7   Q    You told them essentially, you know, "I was jumping
 8            off and hurt my foot"?
 9   A    Yes, sir.
10   Q    Do you know what it was that they found with your
11            foot at that time?  Was it broken, was is strained,
12            or what was -- the best you can remember.  I'm not
13            asking you --
14   A    I don't remember just --
15   Q    -- to make a medical diagnosis, but what did they
16            tell you?
17   A    I can't remember.
18   Q    Did they take any X-rays of your foot?
19   A    Yes, sir, I think so.
20   Q    And after you got checked out in the emergency room
21            at the hospital, did they give you anything?  Either
22            a brace, or a cast, or something to walk with, or
23            medicine?
24   A    A boot and they gave me some pain medicine.
25   Q    And it was the doctor there at the hospital who gave
```

```
 1            you that?
 2   A    Yes, sir.
 3   Q    Did you use the boot?
 4   A    Yes, sir.
 5   Q    And did you take the medicine?
 6   A    Yes, sir.
 7   Q    Did the medicine provide any relief to you?
 8   A    A little bit.
 9   Q    So you think it was on the 18th you first saw the
10            doctor at the hospital?
11   A    Yes, sir.
12   Q    All right.  And then did you go back to the hospital
13            some time -- just a few days later?
14   A    Yes, sir.
15   Q    And was it to the same hospital?
16   A    Yes, sir, I believe so.
17   Q    And what caused you to go back a few days later to
18            the same hospital?  Were you scheduled to go back or
19            did you --
20   A    No, sir.  I had stomach problems.
21   Q    Okay.  And was the stomach problem from the medicine
22            you were taking?
23   A    No, sir.
24   Q    So did you go for something other than your ankle
25            then?
```

# Condensed Transcript

Page 61

1  A   Yes, sir.
2  Q   Was your ankle still bothering you at that time?
3  A   Yes, sir.
4  Q   Was it any better than it had been the four or five
5      days before?
6  A   No, sir.
7  Q   All right.  And then after that -- after you went to
8      the hospital, and then you said you went there a
9      second time for unrelated problems, stomach problems,
10     when did you next go to a medical provider and where
11     for your ankle?
12 A   I went to Cal-Cam just about every day for three or
13     four weeks for my stomach because I was in so much
14     pain.
15 Q   Did they ever determine what that was?
16 A   Yes, sir.
17 Q   What was it?
18 A   It was a bunch of polyps.
19 Q   Had you ever had that problem before?
20 A   I had cramps in there while I was working, and it got
21     worse when I got off.  And they ended up cutting me
22     from here (indicating), you know, from my chest to my
23     -- below my belly button.
24 Q   And that was done before this accident or since then?
25 A   That was since then.

Page 62

1  Q   Where was the surgery done?
2  A   Memorial.
3  Q   All right.  Who did the surgery there, sir?
4  A   Maria Escano.
5  Q   When was that surgery done?
6  A   November.
7  Q   Are you better from your stomach?
8  A   Yes, sir.
9  Q   Are you still being seen by the doctor for that?
10 A   For the stomach?
11 Q   Yes, sir.
12 A   No, sir.
13 Q   Okay.  They discharged you?
14 A   Yes.
15 Q   Do you take medicine for the stomach problem?
16 A   No, sir.
17 Q   And when did you next see a doctor for your ankle
18     problem?  It's after the visit to the West Calcasieu
19     Cameron Hospital?
20 A   I really can't tell you.
21 Q   I'm showing here that you may have had a visit to
22     Vinton Medical Clinic?
23 A   Medical -- yes, sir.
24 Q   Is that a private clinic?
25 A   It's a clinic that's associated with Cal-Cam.

Page 63

1  Q   And you saw a doctor there -- it looks to me here
2      maybe about in July -- July the 7th.  Does that sound
3      about right?
4  A   About right.
5  Q   Okay.  What caused you to go to the Vinton Clinic
6      rather than the West Calcasieu Cameron?
7  A   My foot was still hurting, and that was --
8  Q   Close by?
9  A   -- a doctor right around the corner.
10 Q   All right.  Were you having the same pains in that
11     foot and ankle as you had had before?
12 A   Yes.
13 Q   Hadn't gotten any better?
14 A   No, sir.
15 Q   And were you still taking the medicine the doctor has
16     prescribed?
17 A   Yes, sir.
18 Q   And were you still wearing the boot that had been
19     given to you?
20 A   Yes, sir.
21 Q   But you didn't get any relief?
22 A   No, sir.
23 Q   I'm assuming that from the day of the accident up
24     until at least this time you went to the Vinton
25     Medical Clinic, you had not been back at work?

Page 64

1  A   No, sir.
2  Q   What were you doing during those weeks at that time?
3      Were you staying home?  Were you doing something
4      else?
5  A   I was mostly in and out of the hospital emergency
6      room with my stomach problems.
7  Q   All right.  And were you going to the hospital for
8      your stomach problems at the Memorial or were you
9      at --
10 A   Cal-Cam.
11 Q   Okay, Cal-Cam.  All right.  But eventually, when you
12     had the surgery, it was at Memorial?
13 A   I went out to Cal-Cam, St. Pat's, and Memorial for my
14     stomach problems.
15 Q   Now, I'm showing here that at some point in time you
16     also had some -- you had some physical therapy?
17 A   Yes, sir.
18 Q   And who prescribed the physical therapy?
19 A   I don't remember.
20 Q   And was it for your foot and ankle?
21 A   Yes, sir.
22 Q   And did it provide you any relief?
23 A   No, sir.
24 Q   It didn't get any better at all?
25 A   No, sir.

# Condensed Transcript

| | | |
|---|---|---|
| 1 | Q | Sometimes it makes it worse.  Did it make it worse? |
| 2 | A | Yes, sir. |
| 3 | Q | Okay.  And did you continue to do as the doctor said? |
| 4 | | You were using still your boot? |
| 5 | A | Yes, sir. |
| 6 | Q | That is when you were not at therapy, I guess? |
| 7 | A | Yes, sir. |
| 8 | Q | And did you continue taking the pain medication? |
| 9 | A | Yes, sir. |
| 10 | Q | Was there any other medication the doctor gave you, |
| 11 | | other than for pain?  Sometimes they give you |
| 12 | | medication that brings the swelling down, or if you |
| 13 | | have a fever, it gets rid of the fever. |
| 14 | A | I can't remember.  I was -- like I said, I had a |
| 15 | | bunch of health problems. |
| 16 | | Okay.  So you might have been taking medicines for |
| 17 | | that and -- |
| 18 | A | Yes, sir. |
| 19 | Q | Now, you eventually saw Dr. Gunderson here in Lake |
| 20 | | Charles; is that right? |
| 21 | A | Yes, sir. |
| 22 | Q | And what caused you to see Dr. Gunderson in Lake |
| 23 | | Charles after having seen the doctors over in Sulphur |
| 24 | | and also in Vinton? |
| 25 | A | Because when I went to the emergency room at Cal-Cam |

| | | |
|---|---|---|
| 1 | | about my neck and back, they told me to go to a |
| 2 | | family doctor, and my family doctor sent me to |
| 3 | | Gunderson. |
| 4 | Q | When did you go to the Cal-Cam about your neck and |
| 5 | | your back?  If you remember, the first time you had |
| 6 | | complaints to a medical provider about your neck and |
| 7 | | back? |
| 8 | A | About three weeks after I got hurt.  I was trying to |
| 9 | | come off pain medicine, and that's when I noticed I |
| 10 | | had a bunch of pain.  And when I called the workmen |
| 11 | | comp lady, she told me that it was too late.  I |
| 12 | | needed to get a lawyer and a credible doctor. |
| 13 | Q | So you think you started having the neck and back |
| 14 | | pain about three weeks after the fall? |
| 15 | A | No, sir.  I was on so much pain medicine, there ain't |
| 16 | | no telling, you know. |
| 17 | | Okay. |
| 18 | A | From the time I got off on the 18th, you know, I was |
| 19 | | on pain medicine, and I'm still on pain medicine as |
| 20 | | of today. |
| 21 | Q | Okay.  Well, when was it that you first complained to |
| 22 | | a doctor or hospital about the neck and back pain? |
| 23 | A | I can't remember. |
| 24 | Q | Do you recall whether -- or who it was you first |
| 25 | | complained to about your neck and back pain? |

| | | |
|---|---|---|
| 1 | A | It was Cal-Cam Hospital emergency room. |
| 2 | | And if I'm -- when you made that complaint to |
| 3 | | Cal-Cam, were you at the emergency room for your |
| 4 | | injuries, or for your stomach problem? |
| 5 | A | No, sir.  I was there because my neck was hurting. |
| 6 | | My lower back. |
| 7 | Q | All right.  I'm showing here that you went to the |
| 8 | | Cal-Cam on two occasions.  I'm showing here that you |
| 9 | | went there on the 18th, the day you got in off your |
| 10 | | shift? |
| 11 | A | Yes, sir. |
| 12 | Q | Looks like late in the afternoon, sometime after five |
| 13 | | o'clock in the afternoon? |
| 14 | A | No, sir. |
| 15 | | No? |
| 16 | A | The 18th, when I got off work, I was at Cal-Cam |
| 17 | | Hospital by ten o'clock that morning. |
| 18 | Q | All right.  But the 18th is the first time you went |
| 19 | | to Cal-Cam -- |
| 20 | A | Yes, sir. |
| 21 | Q | -- for your injury? |
| 22 | A | Yes, sir. |
| 23 | | On that occasion, that first occasion that you went |
| 24 | | to the Cal-Cam Hospital for your injury, did you have |
| 25 | | a complaint about your neck and your back? |

| | | |
|---|---|---|
| 1 | A | No, sir, not then. |
| 2 | Q | But there was another time you went to Cal-Cam that |
| 3 | | you had the problem with the neck and back? |
| 4 | A | Yes, sir. |
| 5 | Q | And was that -- how long after the first visit was |
| 6 | | that?  You think it was the next day or two, or was |
| 7 | | it some weeks later? |
| 8 | A | I really can't remember. |
| 9 | Q | I'm showing you only had two visits to Cal-Cam |
| 10 | | emergency room for injuries.  And I'm talking about |
| 11 | | not stomach problems but for injuries.  And that |
| 12 | | would have been the 18th, the day you got off of your |
| 13 | | shift.  And then sometime later you went there, and |
| 14 | | that was the only two occasions.  Do you think it was |
| 15 | | more than two? |
| 16 | A | I really don't remember.  Like I said, I went to the |
| 17 | | hospital so many times during -- you know, from the |
| 18 | | time I got hurt to the time as of, you know, my |
| 19 | | stomach. |
| 20 | | But when you complained for the first time to |
| 21 | | Cal-Cam, you're certain that it was on a visit for |
| 22 | | your neck and back and not for your stomach? |
| 23 | A | Yes, sir. |
| 24 | Q | All right.  I'm showing here from the records from |
| 25 | | that facility that the -- let me get this here -- it |

# *Condensed Transcript*

```
1        shows -- yeah.  I told you about 5:15 before on the
2        18th.  It actually shows you were there about 3:15.
3   A    No, sir.  It was earlier than that.
4   Q    Well, the nurse saw you and she logged it in at 3:15
5        -- 15:15, 3:15 in the afternoon.  So I had misread
6        it.  That's what it's showing here.  But you may have
7        gotten there earlier, but they didn't see you until
8        then?
9   A    No, sir.  I was out of the hospital and back at the
10       job site by three o'clock to fill out an accident
11       report.
12  Q    On the 18th?
13  A    Yes, sir.
14  Q    You have any idea why it is that she would show that
15       -- the nurse, I'm talking about, that she saw you and
16       interviewed you to checked you out at 3:15 in the
17       afternoon, and then the doctor saw you at 5:28 in the
18       afternoon?
19  A    No, sir.  They're wrong times.
20  Q    You don't think that's correct?
21  A    I don't think that's correct.
22  Q    Now -- so the 18th was the first of those times that
23       we show you at the Cal-Cam for your injury.  The next
24       occasion we show for your injury at Cal-Cam is on
25       July 1.  Okay?  So a couple of weeks later?
```

```
1   A    Yes, sir.
2   Q    July 1, at the Cal-Cam was the second time I show
3        that you went there, and it was for injuries.  Okay?
4   A    Yes, sir.
5   Q    All right.  On that occasion, did you complain to the
6        people there about your ankle?
7   A    I believe it was for the neck and back.
8   Q    Were you still having -- and I'll get to the neck and
9        back.  But were you still having ankle problems?
10  A    Yes, sir.
11  Q    All right.  Did you complain when they asked you how
12       you were feeling, in other words, why you're here?
13       Did you tell them about your ankle?  Your foot and
14       ankle?
15  A    I can't recall.
16  Q    Do you recall whether you told them about neck and
17       back?
18  A    I can't recall.
19  Q    Well then what did you go to the emergency room for
20       on this second occasion?  That's -- and I'm showing
21       here again July 1, 2015.
22  A    If I'm not mistaken, it was for neck and back pain.
23  Q    There's nothing in the emergency room record that I
24       see, sir, about a complaint of neck and back.  It
25       does show that you were still having problems with
```

```
1        your right foot and ankle which you've talked about
2        before.
3   A    Yes.
4   Q    But it doesn't show anything about neck and back.  If
5        that's correct, and you're welcome to look at it, do
6        you know why that would be?
7   A    No, sir.
8   Q    This is what the nurse says when the nurse talked to
9        you.  It says here, "Chief complaint," in other
10       words, your complaint, "Three weeks ago a right heel
11       injury."  That's correct?
12  A    Yes, sir.
13  Q    And then it says, "He was seen here for injury three
14       weeks ago, but" --
15            -- (WITNESS TELEPHONE RINGS) --
16            MR. CAMEL:
17               That's all right.  Turn off your phone.
18            Just turn it off.
19  MR. ROY:
20  Q    All right.  We were talking about what the nurse
21       said.  It says here, "He was seen here for injury
22       three weeks ago, but pain not improving."  Is that
23       correct -- for the ankle?
24  A    Yes, sir.
25  Q    All right.  And it says also, "Also states he needs
```

```
1        more medicine"?
2   A    Yes, sir.
3   Q    Okay.  All right.  But doesn't say anything about
4        neck or back complaints that you would have made, or
5        something that -- either that they found or that you
6        complained of.  Do you know why?
7   A    No, sir, I don't.
8   Q    Did you go more than this second time to Cal-Cam for
9        any further problem?
10  A    I really don't know, sir.
11  Q    All right.
12  A    I do know that I went there and seen -- they call him
13       "Mikey," the doctor.  He's the one that pushed on my
14       head and said that I had, you know, neck problems and
15       stuff.
16  Q    But when that took place, when they said you had neck
17       problems, was that something that you had told them
18       about before they checked your head and your neck, or
19       had they done that and told you that you had it?
20  A    I said that I was feeling, you know, pains.
21  Q    How long after the accident on the job, the June 14th
22       accident, was it when you first noticed either your
23       neck or your low back pain?
24  A    About a week.  I thought it was a cramp from sleeping
25       wrong or something in my neck.
```

# *Condensed Transcript*

**Sheet 10   Page 73**

| | | |
|---|---|---|
| 1 | Q | Show me where in your neck it was that you felt the |
| 2 | | pain. |
| 3 | A | Right here (indicating). |
| 4 | Q | Right below the base of your skull? |
| 5 | A | Well -- |
| 6 | Q | A little lower, about your middle of your neck? |
| 7 | A | Yes, sir. |
| 8 | Q | Okay.  And was it right along the spine, right toward |
| 9 | | the center of the neck? |
| 10 | A | It was in my whole neck, and then it went out this |
| 11 | | way (indicating), down my arm. |
| 12 | Q | Like your left arm? |
| 13 | A | Yes, sir. |
| 14 | Q | All right.  And you said you also had low back pain? |
| 15 | A | Yes, sir. |
| 16 | Q | Was it above or below your belt line? |
| 17 | A | Above. |
| 18 | Q | And was it the middle of your back, one side or the |
| 19 | | other? |
| 20 | A | Middle. |
| 21 | Q | Did the pain in the neck and the back come about at |
| 22 | | the same time, or was one before the other? |
| 23 | A | I really don't remember.  But when I called workmen |
| 24 | | comp to tell them that my neck and back was hurting, |
| 25 | | it was -- that's when she told me to get a credible |

**Page 74**

| | | |
|---|---|---|
| 1 | | lawyer and doctor, and I waited probably about two or |
| 2 | | three days after that before I went to the doctor. |
| 3 | | It was hurting worse and worse. |
| 4 | Q | All right.  And who did you first see for the neck |
| 5 | | and back problem?  Was that, as far as you know, the |
| 6 | | Cal-Cam? |
| 7 | A | Cal-Cam. |
| 8 | Q | All right.  And after you saw the people at the |
| 9 | | Cal-Cam for the neck and back, did they give you any |
| 10 | | other treatment for it, other than what you were |
| 11 | | already getting for your ankle and foot?  In other |
| 12 | | words, any other medication, any other brace, or |
| 13 | | prescription or -- |
| 14 | A | They gave me the same pain medicine for it. |
| 15 | Q | It was the same medicine? |
| 16 | A | I believe so. |
| 17 | Q | And then after you had first seen the Cal-Cam for |
| 18 | | your neck and back, who did you next see or where did |
| 19 | | you next go for neck and back? |
| 20 | A | Dr. Gunderson. |
| 21 | Q | And what do you remember Dr. Gunderson telling you |
| 22 | | about your neck and back? |
| 23 | A | I got a MRI done, and I had two herniated discs and a |
| 24 | | bulging disc. |
| 25 | Q | In the neck or the back or where? |

**Page 75**

| | | |
|---|---|---|
| 1 | A | I think both. |
| 2 | Q | All right.  And had you seen Dr. Gunderson before you |
| 3 | | saw him for this injury? |
| 4 | A | No, sir. |
| 5 | Q | Have you ever been a patient of his before? |
| 6 | A | No, sir. |
| 7 | Q | Did Dr. Gunderson also examine or treat your ankle |
| 8 | | and foot? |
| 9 | A | No, sir. |
| 10 | Q | It was just your neck and back? |
| 11 | A | Yes, sir. |
| 12 | Q | All right.  Now, you saw -- also, I see you saw -- |
| 13 | | Montgomery. |
| 14 | Q | -- yes, Dr. Montgomery in Lafayette.  When did you |
| 15 | | see Dr. Montgomery; and that is, did you see him |
| 16 | | before you saw Dr. Gunderson, or was it after you saw |
| 17 | | Dr. Gunderson? |
| 18 | A | I think it was in the middle. |
| 19 | Q | And how did you end up seeing Dr. Montgomery in |
| 20 | | Lafayette? |
| 21 | A | The company asked me to go -- go see him. |
| 22 | Q | And when you saw Dr. Montgomery in Lafayette, for |
| 23 | | what did you understand you were seeing him? |
| 24 | A | My right foot and heel. |
| 25 | Q | All right.  At the time you saw Dr. Gunderson, did |

**Page 76**

| | | |
|---|---|---|
| 1 | | you tell Dr. -- I mean, sorry, Dr. Montgomery in |
| 2 | | Lafayette, did you tell him about your neck and back? |
| 3 | A | Yes, sir. |
| 4 | Q | Okay.  And what did he -- did he tell you anything |
| 5 | | about your neck and back, what he thought about it, |
| 6 | | or what he thought the problem was? |
| 7 | A | Montgomery?  No, sir.  He told me to go ahead -- I |
| 8 | | could leave his office; that he would send me to get |
| 9 | | an evaluation on my foot, see what I can do. |
| 10 | | Because, to me, he was upset that Gunderson was doing |
| 11 | | my back and neck, and he was just getting the foot. |
| 12 | Q | Okay.  So did he -- let me understand you.  Dr. |
| 13 | | Montgomery said he was going to get your neck |
| 14 | | evaluated? |
| 15 | A | No, sir. |
| 16 | | I'm sorry, your foot? |
| 17 | A | Foot. |
| 18 | Q | Okay.  And where did you go -- you went to have a MRI |
| 19 | | or some study? |
| 20 | A | He wanted me to do some kind of wellness test or |
| 21 | | something. |
| 22 | | How many times did you see Dr. Montgomery? |
| 23 | A | Twice. |
| 24 | | And, so far as you know, did he examine your neck and |
| 25 | | your back? |

# Condensed Transcript

| 1 | A | No, sir. |
|---|---|---|
| 2 | Q | Did he do anything about your neck and back?  And by |
| 3 | | that, I mean, X-ray or any other studies of your neck |
| 4 | | and back? |
| 5 | A | No, sir. |
| 6 | Q | Did you write down on the sheet that you fill in when |
| 7 | | you see a doctor for the first time about your neck |
| 8 | | and back? |
| 9 | A | No, sir.  I was there for my foot. |
| 10 | Q | But you told him about your neck and back? |
| 11 | A | Yes, sir. |
| 12 | Q | And he said that -- he told you he wasn't treating |
| 13 | | you -- |
| 14 | A | That was the second time, and he pretty much threw me |
| 15 | | out of his office because -- you know, he told me I |
| 16 | | could leave, and that he'd send me somewhere to get |
| 17 | | an evaluation done to see just what I can do on my |
| 18 | | foot, how much work I can do. |
| 19 | Q | Was there something that took place that caused him |
| 20 | | to be upset or to tell you to leave? |
| 21 | A | I think it was just because he didn't get the neck |
| 22 | | and back injury. |
| 23 | Q | Okay.  But did he tell you why he was upset if that's |
| 24 | | what it was? |
| 25 | A | No, sir. |

| 1 | Q | Are you aware that anything took place that caused |
|---|---|---|
| 2 | | him to be that way? |
| 3 | A | No, sir. |
| 4 | Q | On the first occasion that you saw him, did he appear |
| 5 | | the same way? |
| 6 | A | No, sir.  But he didn't know that I had Dr. Gunderson |
| 7 | | the first time. |
| 8 | Q | Now, Dr. Gunderson is a orthopaedist? |
| 9 | A | I believe so. |
| 10 | Q | And Dr. Montgomery is a orthopaedist, right? |
| 11 | A | Yes, sir. |
| 12 | Q | Okay.  And I know you said you hadn't seen Dr. |
| 13 | | Gunderson before, but had you seen Dr. Montgomery |
| 14 | | before? |
| 15 | A | Just after the -- |
| 16 | Q | But that was the first time you had seen him? |
| 17 | A | First time. |
| 18 | Q | All right.  Now, are you still being treated for your |
| 19 | | foot and ankle problem? |
| 20 | A | I got MRIs scheduled.  I was supposed to go get a |
| 21 | | brace put on it, and there's some other test they're |
| 22 | | doing to it. |
| 23 | Q | And who has ordered the MRI?  What doctor?  Is that |
| 24 | | Dr. Gunderson here, or is it a doctor in Lafayette? |
| 25 | A | I think it's Dr. Gunderson here. |

| 1 | Q | All right.  And you haven't had the MRI yet? |
|---|---|---|
| 2 | A | No, I don't think it's Dr. Gunderson.  It was -- |
| 3 | Q | Dr. Fenn in Lafayette? |
| 4 | A | Dr. Fenn's here.  When I went see Dr. Fenn here, Dr. |
| 5 | | Fenn's the one that wanted the MRIs and -- |
| 6 | Q | All right.  So Dr. Fenn recommended MRI for your |
| 7 | | ankle/foot? |
| 8 | A | Yes, sir, and a brace and some other tests that he |
| 9 | | wants done to it. |
| 10 | Q | And have you scheduled that yet? |
| 11 | A | Yes, sir. |
| 12 | Q | You just haven't had that yet though; is that right? |
| 13 | A | No, sir. |
| 14 | Q | Okay.  When are you scheduled to have that?  Not the |
| 15 | | date.  This week?  Next week? |
| 16 | A | I got one, I think, MRI Friday. |
| 17 | Q | And that will be here in Lake Charles? |
| 18 | A | Yes, sir. |
| 19 | Q | And you said you think there's another test, also? |
| 20 | A | Yes, sir. |
| 21 | Q | Okay.  And are you still being treated for your neck |
| 22 | | and back? |
| 23 | A | Yes, sir. |
| 24 | Q | And who is doing that? |
| 25 | A | Dr. Gunderson. |

| 1 | Q | All right.  And when did you last see Dr. Gunderson |
|---|---|---|
| 2 | | for your neck and back? |
| 3 | A | A week ago.  Week and a half. |
| 4 | Q | All right.  Tell me generally what sorts of treatment |
| 5 | | are you getting from Dr. Gunderson for your neck and |
| 6 | | back? |
| 7 | A | He done surgery on it, and he wants to send me to |
| 8 | | pain management. |
| 9 | Q | What type of surgery did you have? |
| 10 | A | He took a disc out and put donor bone in and put a |
| 11 | | plate with four screws in there. |
| 12 | Q | And that's on your neck you're showing me? |
| 13 | A | Yes, sir. |
| 14 | Q | How many levels did he do the work on?  One level, |
| 15 | | two levels in your neck? |
| 16 | A | I really couldn't answer that.  I know it was two |
| 17 | | herniated discs. |
| 18 | Q | When did you have the surgery? |
| 19 | A | December -- the last of December. |
| 20 | Q | All right.  And are you still seeing him for follow |
| 21 | | up now? |
| 22 | A | Yes, sir. |
| 23 | Q | Do you know how long you will continue to see him for, |
| 24 | | follow up? |
| 25 | A | No, sir. |

# Condensed Transcript

1 Q    As far as you know, is he satisfied with the progress
2      for your neck situation?
3 A    There's still a lot of pain, and like I said, he
4      wants me to go to pain management.
5 Q    Did he tell you where to go to pain management?
6 A    He said something about Lafayette.
7 Q    All right.  Are you taking physical therapy for your
8      neck?
9 A    I can't get it approved no more.  Workmen comp won't
10     approve it no more, or my foot or neck or nothing.
11 Q   And what about your back?  You said Gunderson is
12     treating you for your back also?
13 A   Well, they doing one thing at a time.
14 Q   Okay.  But you would consider him the doctor who is
15     at least handling your back?
16 A   Yes, sir.
17 Q   What do you understand to be the prospect for your
18     back?  What is he thinking about with it?
19 A   I couldn't answer that.
20 Q   You just -- there's no plan as of this time?
21 A   I don't know.
22 Q   In other words, he hasn't told you, "Well, as soon as
23     we finish with your neck, we're going to do this or
24     we're going to do that"?  He hadn't --
25 A   He got the MRI scheduled for this Friday.  The MRI

1      for my foot is August -- a couple of weeks from now,
2      a few weeks from now.  I got the dates written in my
3      little book.
4 Q    So you're going to have MRIs for both the foot and
5      then for the --
6 A    My lower back.
7 Q    -- back?  All right.  Two different doctors, two
8      different orders, but MRIs for both?
9 A    Yes, sir.
10 Q   Okay.  Very good.  How is your back now versus, you
11     know, when you first began feeling the pain?
12 A   Well, sometimes it's worse.  Sometimes it's about the
13     same.
14 Q   Have you been working at all since the date that you
15     had this accident a little over a year ago?
16 A   No, sir.
17 Q   And I mean, either full time, part-time --
18 A   No, sir.
19 Q   Are you still receiving your workers' compensation?
20 A   Yes, sir.
21 Q   And do you have -- other than your workers'
22     compensation check, do you have any other income at
23     this point in time?
24 A   No, sir.
25 Q   Are you scheduled to see any other doctors, other

1      than right now Dr. Gunderson and Dr. Fenn?
2 A    I'm supposed to do more MRIs on my lungs and
3      stuff like that, but I have no insurance since
4      Prosper cancelled all my insurance.  So I can't.
5 Q    And the MRI of the lungs is for a problem unrelated
6      to your accident or what?
7 A    Yes, sir.
8 Q    All right.  What are -- do you have a lung --
9      probable lung disease?
10 A   No, sir.  When they were going to do surgery, they
11     seen some spots, and they want to make sure it didn't
12     get bigger.
13 Q   All right.  So they want to check it to be sure --
14 A   Yes, sir.
15 Q   -- there's no problem then?  Okay.  Are you a smoker?
16 A   Yes, sir.
17 Q   Did they tell you to quit smoking?
18 A   Yes.
19 Q   This is aside, it's better for healing of your bones.
20 A   Yes.
21 Q   I'm sure he told you that.  We won't be much longer,
22     sir.
23 A   That's all right.
24 Q   If you want to get up and stretch, you do whatever
25     you want.  Go right ahead.  Mr. Navarre, I'm going to

1      get back to your work situation a little bit.  Who
2      would make the decision about your use of one of the
3      boats to get either from the living platform to the
4      shore or to get from the living platform to one of
5      the wellheads you were inspecting?
6 A    I would.
7 Q    And how would you do that?  I mean, what -- how would
8      you make that decision?
9 A    According to what I was doing and how rough the
10     weather was.
11 Q   And would you have to tell your supervisor or tell
12     somebody, "Well, I'm going to use this boat or that
13     boat"?
14 A   No, sir.
15 Q   And so there would normally be two boats there?
16 A   Yes, sir.
17 Q   And if they -- would you use the larger boat either
18     when you needed the chemicals that might be in it or
19     if the weather was rough?
20 A   Yes, sir.
21 Q   And you would typically use the smaller boat
22     otherwise?
23 A   Yes, sir.
24 Q   When you used the larger boat, would you have to take
25     the tools from the smaller boat and put them in the

# Condensed Transcript

| | | |
|---|---|---|
| 1 | | larger boat? |
| 2 | A | No, sir. |
| 3 | Q | Did you have tools in the larger boat? |
| 4 | A | We had some. |
| 5 | Q | And, typically, that would be sufficient if you |
| 6 | | wanted to use the extra chemicals out of the bigger |
| 7 | | boat? |
| 8 | A | The chemicals are in a tote that we'd hook a pump up |
| 9 | | and pump it into a tank. |
| 10 | Q | And so that's all you'd need? |
| 11 | A | For the chemicals, yes. |
| 12 | Q | Was there ever a third vessel or fourth vessel or |
| 13 | | other vessels there for your use, other than the two |
| 14 | | you've told me about? |
| 15 | A | The barge. |
| 16 | Q | But in terms of a powered, normal boat, it would be |
| 17 | | one of those two? |
| 18 | A | Those two. |
| 19 | Q | Were either of those two boats ever not available for |
| 20 | | you? |
| 21 | A | Yes, sir. |
| 22 | Q | And how would that come about?  Was it in need of |
| 23 | | repair or was it -- what would happen? |
| 24 | A | Yes, sir. |
| 25 | Q | And what would happen if one of the boats was in for |

| | | |
|---|---|---|
| 1 | | repairs? |
| 2 | A | They'd usually get a loaner out, but the 202 was |
| 3 | | down.  I'd been asking them to change the alternator |
| 4 | | for a long time.  They never did. |
| 5 | Q | All right.  So, if the 202 was down for a long period |
| 6 | | of time, did you have an alternate or did you just do |
| 7 | | with one boat? |
| 8 | A | We'd do with that one. |
| 9 | Q | So you'd only have the smaller boat until the larger |
| 10 | | one got repaired? |
| 11 | A | Yes, sir. |
| 12 | Q | Do you know why it took so long to get it repaired? |
| 13 | A | Steve never wanted to spend money to repair it. |
| 14 | Q | And with no alternator, could you still run it? |
| 15 | A | If I charged the batteries up. |
| 16 | Q | And did y'all still run it? |
| 17 | A | Yes, sir, I did.  But the water was too rough to put |
| 18 | | the charger to charge it that day. |
| 19 | Q | Okay.  All right.  Now, on the day that you were hurt |
| 20 | | though, both of the vessels were available? |
| 21 | A | No. |
| 22 | Q | And why was the larger one not available, the 202? |
| 23 | A | Because the batteries were dead because the |
| 24 | | alternator was out.  Alternator had been out for six |
| 25 | | months. |

| | | |
|---|---|---|
| 1 | Q | And you hadn't charged the battery the day before? |
| 2 | A | The weather was rough for the whole shift I was out |
| 3 | | there that time. |
| 4 | Q | It was too rough to charge the battery, but it wasn't |
| 5 | | too rough to get in the smaller vessel? |
| 6 | A | Yes, sir. |
| 7 | Q | How is that so? |
| 8 | A | Because I ain't going to put no electric on that boat |
| 9 | | and get tipped over and go in the water.  The charger |
| 10 | | runs off the electric.  With it bouncing up and down, |
| 11 | | it would have knocked the charger in the water. |
| 12 | Q | Well, where would you put the charger?  On the |
| 13 | | gunwale? |
| 14 | A | Sir? |
| 15 | Q | You'd put the charger on the gunwale? |
| 16 | A | On the back deck.  Yes, sir. |
| 17 | Q | And you're telling me that on the back deck you're |
| 18 | | afraid of that charger falling in the water? |
| 19 | A | As rough as it was, yes, sir. |
| 20 | Q | But you weren't -- it was not so rough that you |
| 21 | | couldn't get in the smaller boat? |
| 22 | A | I shouldn't have, but it's the only boat I had. |
| 23 | Q | Okay. |
| 24 | A | And I was told to go bring the wells up. |
| 25 | Q | All right.  When you had -- have you ever had to make |

| | | |
|---|---|---|
| 1 | | repairs or had repairs needed on the AMBER? |
| 2 | A | Yes, sir. |
| 3 | Q | What sorts of things would you all have to get |
| 4 | | repaired on the AMBER? |
| 5 | A | We had the motor replaced a couple of times. |
| 6 | Q | And I gather that if you replace a motor, you bring |
| 7 | | it somewhere and have them do it? |
| 8 | A | Yes, sir. |
| 9 | Q | Okay.  Were there ever repairs that you all were able |
| 10 | | to do on the AMBER or on the 202? |
| 11 | A | On the 202, yes. |
| 12 | Q | And what sorts of repairs might you all do on it? |
| 13 | A | Rebuilt the water -- the mufflers -- mufflers coming |
| 14 | | out and stuff on them. |
| 15 | Q | And who did that? |
| 16 | A | I did. |
| 17 | Q | And would you -- I know you didn't do it, but were |
| 18 | | you capable of replacing the alternator if they had |
| 19 | | provided another alternator? |
| 20 | A | They wouldn't provide me one. |
| 21 | Q | Well, I'm saying I know they didn't.  But if they had |
| 22 | | provided one, did you have the capability of |
| 23 | | replacing it? |
| 24 | A | Yes, sir, I would have. |
| 25 | Q | That's what I'm saying.  In other words, you knew how |

# Condensed Transcript

## Sheet 12   Page 89

1   to do it?  You think you would have been able to do
2   it if you had another one?
3 A   Yes.
4 Q   Okay.  I just didn't know if you had that capability.
5 A   Yes, sir.
6 Q   But were there no alternators -- replacement
7   alternators there for the 202?
8 A   No.
9 Q   Okay.  And it was not part of your parts inventory
10   there?
11 A   No, sir.
12 Q   And were there spare parts kept on the 202?
13 A   No, sir.
14 Q   And how was it determined that the alternator was the
15   problem on the 202?
16 A   Because we had put two new batteries on it.
17 Q   What about the regulator?  You know anything about
18   the regulator may be out?
19 A   That -- no, sir.  It was the alternator that was out.
20 Q   What I'm saying is who -- you're the one who
21   determined the alternator was the faulty problem?
22 A   Me, Steve, and the other two guys on the other crew.
23 Q   It was clearly not charging whatever the problem was;
24   is that correct?
25 A   Yes, sir.

## Page 90

1 Q   So, if you put a new battery or fully charged
2   battery, within some period of time the battery would
3   go down?
4 A   Yes, sir.
5 Q   How long would it take before the battery would go
6   down?
7 A   About four days, two big batteries.
8 Q   And that's -- you said that was a diesel engine on
9   that boat?
10 A   Yes, sir.
11 Q   Did the 202 or the AMBER have any duties out there
12   other than what you have described for me; that is,
13   either bringing you from the dock to the living
14   quarters platform, and then typically the AMBER
15   providing you with a means of transportation to do
16   the work at the wellheads?  Did either of those
17   vessels do other things that you're aware of?
18 A   Not those two, no.
19 Q   And what about the AMBER?
20 A   No, sir, not that one.  It was the barge that we used
21   for --
22 Q   But those two, that's essentially what they did?
23 A   Yes, sir.
24 Q   And if there were repairs -- major repairs needed on
25   each -- either of them, were those typically done by

## Page 91

1   someone else?
2 A   Yes, sir.
3 Q   Who would decide if repairs were going to be made on
4   either of those vessels?
5 A   Steve would call TPIC.
6 Q   All right.  So, if you saw something that needed
7   repair, and you couldn't repair it, would you tell
8   Steve?
9 A   On the boats?
10 Q   Yes.
11 A   Yes, sir.
12 Q   In other words, "We have this problem here.  I think
13   we ought to get it fixed"?
14 A   Yes, sir.
15 Q   And then it would be up to him to make the order for
16   it?
17 A   Yes.
18 Q   Were there any spare parts for either of the boats
19   out there, either on the boats or on the platform?
20 A   No, sir.
21 Q   Okay.  And I mean, even light bulbs or rope or
22   anything like that?
23 A   Oh, we had rope and light bulbs.  But I'm talking
24   about mechanical, motor-wise, no, sir.
25 Q   Did either of those boats have any sort of mechanical

## Page 92

1   or hydraulic winch on them?
2 A   Not those two.
3 Q   And was each of the wellheads that you went to on the
4   platform in relatively shallow water?
5 A   The lake itself was probably only five foot, six
6   foot.
7 Q   So you were never in very deep water then?
8 A   No, sir.
9 Q   And these were all designed essentially for what you
10   told me, a set of piles is driven into the mud and
11   then a grate on top of that with the wellhead?
12 A   Yes, sir.  We had pylons with a four by 12 horizontal
13   with grating on top.
14 Q   They were all approximately the same size?
15 A   Approximately, yes.
16 Q   And were they lighted?  Were any of them lighted?
17   Did they even have marker lights or any lights
18   that --
19 A   Just nighttime marker.
20 Q   And was there power available on those platforms?
21 A   No, sir.
22 Q   If you needed power, how would you -- did you ever
23   need power?
24 A   We had a welding machine on the barge if we needed
25   electricity.

# Condensed Transcript

**Page 93**

```
 1  Q    Other than that, neither of your two normal boats,
 2       you didn't have any power that you could --
 3  A    No, sir.
 4  Q    -- run a power -- electrical power tool off of?
 5  A    No, sir.
 6  Q    Did you ever need electrical power tools on those
 7       platforms?
 8  A    No, sir.
 9  Q    The tools that you would typically use on your
10       regular day out on these platforms doing your
11       inspection and chemicals and so forth, were those
12       tools -- were they your tools or were they tools the
13       company had?
14  A    It was company tools.
15  Q    I know sometimes mechanics have their own tools, but
16       that's not what you had out here?
17  A    No, sir.
18  Q    Did they provide whatever tools were needed -- that
19       you needed to do the work out there?
20  A    Yes, sir.
21           MR. ROY:
22              I think that's all I have for you.  Thank
23       you very much.
24           COURT REPORTER:
25              Reading and signing?
```

**Page 94**

```
 1           MR. CAMEL:
 2              We'll read and sign, please.
 3           COURT REPORTER:
 4              Do you need a copy of the deposition?
 5           MR. CAMEL:
 6              Yes, ma'am.
 7  DEPOSITION CONCLUDED AT 3:30 P.M.
 8  THE WITNESS WAS EXCUSED.
```

**Page 95**

```
 1                    CERTIFICATE
 2       I, Lesley Baudoin, Certified Court Reporter in and
 3  for the State of Louisiana, authorized to administer oaths
 4  and to take testimony under oath, do hereby certify that
 5  the foregoing was taken before me at the time and place
 6  hereinabove stated; that said witness was by me first duly
 7  sworn to testify to the truth, the whole truth, and nothing
 8  but the truth in answer to questions propounded; that the
 9  testimony was reported by me and thereafter transcribed
10  under my supervision; that the foregoing is a verbatim
11  transcription and is true and correct to the best of my
12  ability and understanding.
13       I further certify that I am not of counsel, related
14  to or employed by any party to this cause, and in no way
15  concerned with the outcome hereof.
16       This certification is valid only for a transcript
17  accompanied by my original signature and seal.
18  _____          _____
19  Date            Lesley Baudoin, CCR (#92076)
```

WITNESS:   MITCHELL NAVARRE

RE:   MITCHELL NAVARRE
      vs
      PROSPER OPERATORS, INC.

INSTRUCTIONS:

THIS DEPOSITION IS A LEGAL DOCUMENT.   **DO NOT WRITE ON THE
TYPED PAGES!!**  PLEASE NOTE ANY CORRECTIONS OR CHANGES AND THE
REASONS THEREFORE ON THIS PAGE IN THE SPACE PROVIDED BELOW:

PAGE  7      CORRECTION  Supposed to be 23 yrs.

LINE  8      REASON  on deposition it had  3 yrs. - typing

                     mistake

PAGE  15     CORRECTION  Was  a  lease  boat

LINE  9      REASON  Prosper did not own boat


PAGE  16     CORRECTION  Yamaha Motor was last

LINE  4      REASON  Suzuki was not correct after I thought

                     about it

PAGE  30     CORRECTION  only what Steve trained me to do

LINE  7      REASON  I forgot to add that to

                     the answer I gave

PAGE  39     CORRECTION  Should be I not that

LINE  18     REASON  a typing Mistake one the

                     deposition

PAGE _____  CORRECTION  _____

LINE _____  REASON  _____

SIGNATURE:  _MeDe_____

DEPOSITION DATE: 07/06/16:  REPORTER: L. BAUDOIN

STATE OF _Louisiana_

COUNTY/PARISH OF _Calcasieu_

BEFORE ME, the undersigned authority, personally came and appeared:

MITCHELL NAVARRE,

and after being duly sworn, did say that:  He, the deponent in the foregoing deposition, has read said deposition and that the transcription of same is true and correct to the best of his knowledge and belief except for corrections as may be noted on the following page(s).

_____
MITCHELL NAVARRE

SUBSCRIBED TO before me this _21st_

day of _July_ , 2016.

_____
NOTARY PUBLIC Kelly K Fontenot
Notary ID# 26984

DEPOSITION DATE:  07/06/16   REPORTER:  L. BAUDOIN