UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PROSPER OPERATORS, INC. AS OPERATORS OF THE MOTOR VESSEL AMBER, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * CIVIL ACTION NO.  2:16-CV-01363<br>* (Admiralty)<br>*<br>* JUDGE ROBERT R. SUMMERHAYS<br>*<br>* MAGISTRATE JUDGE KATHLEEN KAY |

### **O R D E R**

Considering the foregoing;

IT IS HEREBY ORDERED that the *Motion for Summary Judgment on Issue of Jones Act Seamans Status* filed by defendant, Prosper Operators, Inc. ("Prosper"), be and is hereby GRANTED as there are no genuine issues of material fact that Mitchell Navarre ("Claimant") does not qualify as a Jones Act seaman as he had no connection to a vessel that was substantial in nature as required under *Chandris v. Latsis* and related jurisprudence.[1]  Therefore, the Jones Act claim of Mitchell Navarre ("Claimant") is hereby dismissed, with prejudice.

Signed at _____, Louisiana this _____day of _____, 2019.

_____
Judge Robert R. Summerhays

---

[1] 515 U.S. 347, 368 (1995).